**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18−30241
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
BK Racing, LLC
6780 Hudspeth Road
Harrisburg, NC 28075
Social Security No.:
Debtor EIN:
45−4110166

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Form 206 – Non−Individual Summary of Schedules
    Schedule A/B – List Property post 12−1
    Schedule D – Secured Claims
    Schedule E/F – Claims post 12−1
    Schedule G – Executory Contracts
    Schedule H – Co−Debtors
    Declaration Concerning Schedules
    Statement of Financial Affairs
    Fee Disclosure Statement
    Disclosure of Corporate Ownership Statement
    List of Equity Security Holders

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: February 15, 2018                          Steven T. Salata
                                                                                               Clerk of Court

Electronically filed and signed (2/15/18)