UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.:    18-30241 |
| BK RACING, LLC | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## NOTICE TO CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

The above-referenced debtor has filed a Chapter 11 petition in the Western District of North Carolina. The Bankruptcy Code, 11 U.S.C. §1102, requires the Court to appoint a Committee of Unsecured Creditors. Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

You or your company have been listed by the debtor as one of the creditors holding the twenty largest claims against the debtor. Information regarding the function of the Creditors' Committee is enclosed with this notice. If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice. If appointed, you will receive a copy of the order appointing the Creditors' Committee. The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

Dated: February 16, 2018.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #34370
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  shelley_abel@ncwba.uscourts.gov

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                    )
                                          ) Case No.:    18-30241
BK RACING, LLC                            )
                                          ) Chapter 11
                    Debtor.               )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___    Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___    Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____

_____

_____

Amount of Claim: $ _____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _____  Email: _____

Dated: _____

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>BK RACING, LLC<br><br>                Debtor. | )<br>) Case No.:   18-30241<br>)<br>) Chapter 11<br>) |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the Notice to Creditors Holding Twenty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on February 16, 2018.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #34370
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  shelley_abel@ncwba.uscourts.gov

Race Engines Plus LLC
7100 Weddington Road
Concord, NC 28027

Champion Tire & Wheel
11106 Treynorth Drive
Cornelius, NC 28031

Moroso Performance
80 Carter Drive
Guilford, CT 06438

Champion Air LLC
c/o Dale Earnhardt Inc
1675 N Carolina 3
Mooresville, NC 28115

Enterprise Holdings Inc
PO Box 840173
Kansas City, MO 64184-0173

Panki Racing Systems UK Ltd
Industriestraße West 4, 8605 Kapfenberg,
Austria

Simpson Performance Products
328 FM306
New Braunfels, TX 78130

Precision Products
PO Box 1229
Arden, NC 28704

Harraka Racing Equipment
143 Village View Drive Ste 312
Mooresville, NC 28117

Nelson Mullins
PO Box 11070
Columbia, SC 29211

Winberg Crankshafts
333 W 48th Avenue
Denver, CO 80216

ConSeaAir LLC
3157 Heirloom Rose Place
Oviedo, FL 32766

Components USA
PO Box 13254
Newark, NJ 07101-3254

Yeley Racing Corp
8124 Parkton Gate Drive
Huntersville, NC 28078

Cometic Gasket
8090 Auburn Road
Concord, OH 44077

Watson Electric Co Inc
PO Box 467
Huntersville, NC 28070

Bob Jeffrey
Jeff Co
6411 Bay Harbor Lane
Indianapolis, IN 46254

Bordeaux Dyno Cams
22247 Andrew Jackson Hwy
Delco, NC 28436

Airtight Facilitech
1338 Hundred Oaks Drive Ste C
Charlotte, NC 28217

Duke Energy
PO Box 470515
Charlotte, NC 28272-0505