UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

|  |  |  |
|---|---|---|
|  | ) |  |
| BK RACING, LLC, | ) | Case No.  18-30241 |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------

NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) and
REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE and pursuant to Bankruptcy Rule 9010 (b) enter the appearance:

A. Burton Shuford
4700 Lebanon Road, Suit A-2
Mint Hill, NC  28227
bshuford@abshuford.com

as Counsel for Race Engines Plus, LLC.

REQUEST is further made by Counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to Counsel or served via ECF/ECN.

This the 19th day of February, 2018.

 /s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
Attorney for the Movant
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000
Fax:  (704) 943-1152
bshuford@abshuford.comt

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

|  |  |  |
|---|---|---|
|  | ) |  |
| BK RACING, LLC, | ) | Case No.  18-30241 |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

--------------------------------------------------------

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served via the method noted to the following:

Shelley K. Ael
Bankruptcy Administrator                              Via Electronic Case Filing

James H. Henderson
Attorney for the Debtor                               Via Electronic Case Filing

BK Racing, LLC
6780 Hudspeth Road
Harrisburg, NC  28075

This the 19th day of February, 2018.

_/s/ A. Burton Shuford_____
A. Burton Shuford, NCBN 10035
Attorney for the Movant
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000
Fax:  (704) 943-1152
bshuford@abshuford.comt