FILED & JUDGMENT ENTERED
Steven T. Salata

February 22 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BK RACING, LLC,** | **Case No. 18-30241** |
| **Debtor.** | |

## ORDER ADMITTING JONATHAN T. EDWARDS

Having considered the motion for admission of Jonathan T. Edwards for admission *pro hac vice* in the above-captioned matter, the Court hereby grants the motion and therefore it is:

ORDERED that Jonathan T. Edwards is admitted to practice in the United States Bankruptcy Court for the Western District of North Carolina for the purpose of appearing on behalf of the National Association for Stock Car Auto Racing, Inc. and NASCAR Event Management, Inc. in the above-captioned bankruptcy case and any related proceedings. This Order shall not be

1

considered admission to practice generally before this Bankruptcy Court or the United States District Court for the Western District of North Carolina.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and court's seal appear at the top of the Order. | UNITED STATES BANKRUPTCY COURT |