FILED & JUDGMENT ENTERED
Steven T. Salata

February 22 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina





_____
J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | ) | Case No. 18-30241 |
| BK RACING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### EX PARTE ORDER SHORTENING NOTICE

THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Judge upon the Ex Parte Motion of Race Engines Plus, LLC, for the entry of an Order Shortening Notice of the *EMERGENCY MOTION FOR ORDER SHORTENING THE TIME FOR ASSUMING OR REJECTNG LEASE WITH RACE ENGINES PLUS, LLC OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM STAY TO CANCEL LEASE* (the "Motion") and the Court having reviewed the pleadings and the Court's file and for good cause shown it is hereby;

**ORDERED** that the notice of the Motion shall be shortened to a total of two days (2) days and that a hearing on said Motion shall be held on **February 23, 2018 at 11:00 A.M.** at the Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.

This Order has been signed electronically.　　　　United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.