# EXHIBIT A



**NASCAR EVENT MANAGEMENT, INC.**

Bill To:
BK RACING LLC
ATTN: ACCOUNTING DEPARTMENT
6320 AUGUSTA DR
SUITE 1400
SPRINGFIELD VA  22150

| Invoice | INV0002333 |
|---|---|
| Date | 11/21/2017 |
| Page | 1 |
| Terms | DUE DATE |

| Purchase Order No. | Client (if applicable) | Contract No. | Due Date |
|---|---|---|---|
|  | CAR #23 | 2017 CHARTER | 12/1/2017 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | ADD'L CHARTER MEMBER FEES - MEMBERSHIP | $3,150.00 | $3,150.00 |
|  | PAYMENTS TO BE MADE VIA ACH/WIRE |  |  |
|  | ACH PAYMENTS SHOULD BE SENT TO: |  |  |
|  | BANK OF AMERICA, WINTER HAVEN, FL |  |  |
|  | ABA NUMBER: 063100277 |  |  |
|  | ACCOUNT NUMBER: ▇▇▇▇9946 |  |  |
|  | ACCOUNT NAME: NASCAR EVENT MANAGEMENT, INC |  |  |
|  | WIRE TRANSFERS SHOULD BE SENT TO: |  |  |
|  | BANK OF AMERICA, CHARLOTTE, NC |  |  |
|  | ABA NUMBER: 026009593 |  |  |
|  | ACCOUNT NUMBER: ▇▇▇▇9946 |  |  |
|  | ACCOUNT NAME: NASCAR EVENT MANAGEMENT, INC |  |  |

|  |  |
|---|---|
| Subtotal | $3,150.00 |
| Payments Received |  |
| Total | $3,150.00 |

Please reference invoice number when submitting payment to NASCAR EVENT MANAGEMENT. E-mail questions to ar@nascar.com or call Jessica Rayburn at 386-310-5864.

International Motorsports Center  /  One Daytona Boulevard  /  Daytona Beach, Florida 32114  /  NASCAR.com



**NASCAR EVENT MANAGEMENT, INC.**

Bill To:

BK RACING LLC
ATTN:    ACCOUNTING DEPARTMENT
6320 AUGUSTA DR
SUITE 1400
SPRINGFIELD VA   22150

| Invoice | INV0002212 |
|---|---|
| Date | 10/19/2017 |
| Page | 1 |
| Terms | DUE DATE |

| Purchase Order No. | Client (if applicable) | Contract No. | Due Date |
|---|---|---|---|
|  | CAR #23 | 2017 CHARTER | 11/1/2017 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | CHARTER MEMBER FEES - ENTRY - PMT 4 OF 4 | $28,522.00 | $28,522.00 |
| 1 | CHARTER MEMBER FEES - MEMBERSHIP - PMT 4 OF 4 | $42,234.00 | $42,234.00 |
| 1 | 2017 DAYTONA SEL'S - PMT 4 OF 4 | $83.00 | $83.00 |
| 1 | ADD'L CHARTER MEMBER FEES - MEMBERSHIP | $850.00 | $850.00 |

PAYMENTS TO BE MADE VIA ACH/WIRE

ACH PAYMENTS SHOULD BE SENT TO:
BANK OF AMERICA, WINTER HAVEN, FL
ABA NUMBER: 063100277
ACCOUNT NUMBER: ■■■■■9946
ACCOUNT NAME: NASCAR EVENT MANAGEMENT, INC

WIRE TRANSFERS SHOULD BE SENT TO:
BANK OF AMERICA, CHARLOTTE, NC
ABA NUMBER: 026009593
ACCOUNT NUMBER: ■■■■■9946
ACCOUNT NAME: NASCAR EVENT MANAGEMENT, INC

| | |
|---|---|
| Subtotal | $71,689.00 |
| Payments Received | |
| Total | $71,689.00 |

Please reference invoice number when submitting payment to NASCAR EVENT MANAGEMENT.  E-mail questions to ar@nascar.com or call Jessica Rayburn at 386-310-5864.

International Motorsports Center  /  One Daytona Boulevard  /  Daytona Beach, Florida 32114  /  NASCAR.com