**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 18-30241 |
| BK RACING, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the **APPLICATION FOR INTERIM FEES AND EXPENSES BY THE HENDERSON LAW FIRM AND NOTICE OF OPPORTUNITY FOR HEARING** via ECF to all parties or their attorney of record requesting notice, to the Bankruptcy Administrator via ECF and via first-class mail to the Debtor and the unsecured creditors committee by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

BK Racing, LLC
c/o Ron Devine
6780 Hudspeth Road
Harrisburg NC 28075

ConSeaAir LLC
Attn: Donald Ulrich
2890 Grumman Ct
Port Orange, FL 32128

BK Racing, LLC
c/o Brenda Devine, Managing Member
6320 Augusta Road Flr 15
Springfield, VA 22150

Race Engines Plus LLC
Attn: Robin Trivette
7100 Weddington Rd NW
Concord, NC 28027

Champion Air LLC
Attn: Don Wright
1675 Dale Earnhardt Hwy 3
Mooresville, NC 28115

Robert Jeffrey dba Jeff Co
334 E. Kearney St
PBM 292
Springfield, MO 65803

Patrick Donahue
16204 Winnow Ct.
Cornelius, NC 28031

The undersigned further certifies that he has served the **NOTICE OF OPPORTUNITY FOR HEARING** via first-class mail to the parties on the attached matrix.

This 22nd day of March, 2018.

**THE HENDERSON LAW FIRM**

 **/s/**James H. Henderson
James H. Henderson
State Bar No. 13536
1201 Harding Place
Charlotte NC 28204-2826
Telephone:      704.333.3444

A & R Foods LLC
6320 Augusta Drive Suite 1400
Springfield, VA 22150

Adam Long
366 Longs Road
Tar Heel, NC 28392

Airtight Facilitech
1338 Hundred Oaks Drive Ste C
Charlotte, NC 28217

Amanda R. Pickens
Robinson Bradshaw & Hinson PA
101 N Tryon Street Ste 1900
Charlotte, NC 28246

Andrew Combs
133 Eagle Court
Mooresville, NC 28117

Aritec Inc
44174 Airport Road Suite 300
California, MD 20619

BDO USA
8401 Greensboro Drive Ste 800
Mc Lean, VA 22102

Bluewater Partners LLC
c/o David P Parker PLLC
242 East Broad Street
Statesville, NC 28677

Bluewater Partners LLC
150 Kevin Drive
Troutman, NC 28166

Bordeaux Dyno Cams
22247 Andrew Jackson Hwy
Delco, NC 28436

BRC Loans LLC
6320 Augusta Drive Suite 1400
Springfield, VA 22150-2523

BRC Loans LLC
6403 Burke Woods Drive
Burke, VA 22015

Brenda Devine
6320 Augusta Drive Suite 1500
Springfield, VA 22150

Cabarrus County Tax Collector
Courthouse Box 707
Concord, NC 28025

Champion Air LLC
c/o Dale Earnhardt Inc
1675 Dale Earnhardt Blvd Hwy 3
Mooresville, NC 28115

Champion Tire & Wheel
11106 Treynorth Drive
Cornelius, NC 28031

Christopher Thaddeus Longmore
Dugan McKissick & Longmore
22738 Maple Road Suite 101
Lexington Park, MD 20653

City of Charlotte
PO Box 1316
Charlotte, NC 28201-1316

Cometic Gasket
8090 Auburn Road
Concord, OH 44077

Components USA
PO Box 13254
Newark, NJ 07101-3254

ConSeaAir LLC
3157 Heirloom Rose Place
Oviedo, FL 32766

Daryl Nichols
162 Golden Oak Drive
Statesville, NC 28625

Doug Richert
126 Harwell Road
Mooresville, NC 28117

Douglas S Fritz
9610 Rayneridge Drive
Huntersville, NC 28078

Duke Energy
PO Box 70515
Charlotte, NC 28272-0505

EAN Services LLC dba Enterprise
Rent A Car & National Car Rental
PO Box 402383
Atlanta, GA 30384

Elizabeth M Z Timmermans
McGuireWoods
434 Fayetteville Street Suite 2600
Raleigh, NC 27601

Employment Security Commission
  of NC
PO Box 26504
Raleigh, NC 27611

Enterprise Holdings Inc
PO Box 840173
Kansas City, MO 64184-0173

Enviro-Master
PO Box 12350
Charlotte, NC 28220

Eric Frear
141 Leyton Loop #A
Mooresville, NC 28117

Foxboro Financial Services LLC
c/o Michael C Diseveria
16200 Bellingham Drive
Germantown, MD 20874-3240

Front Row Motorsports
2670 Peachtree Rd
Statesville, NC 28625

Front Row Motorsports Inc
Attn:  Robert Jenkins President
1111 Gateway Service Park Road
Morristown, TN 37813-2512

Front Row Motorsports Inc
PO Box 430
Talbott, TN 37877-0430

GForce
1020 Sun Valley Dr
Roswell, GA 30076

GGR Enterprises Inc
154 Heathrow Lance
Statesville, NC 28677

Gray Gaulding
154 Heathrow Lane
Statesville, NC 28677

Harraka Racing Equipment
143 Village View Drive Ste 312
Mooresville, NC 28117

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Isaac Grossman
Berta Grossman
4213 Pima Cotton Road
Charlotte, NC 28226

J D Jones
1121 Powell Lane
Alton, VA 24520

Jacob Warlick
PO BOx 27
Catawba, NC 28609

James Broom Thorsen
Thorsen Hart & Allen LLC
5413 Patterson Avenue
Richmond, VA 23226

James McElroy & Diehl P A
c/o Adam L Ross
525 N Tryon Street Ste 700
Charlotte, NC 28202

Jason Burgess
9609 Waltham Court
Charlotte, NC 28269

Jason Postma
121 Shadow Wood Road
Statesville, NC 28677

Jeffrey Lemons
2619 Hopewell Church Road
Sherrills Ford, NC 28673

Joel Platts
8358 Cottsbrook Drive
Huntersville, NC 28078

Jonathan T Edwards
One Atlantic Center
1201 Wst Peachtree Street Ste 4900
Atlanta, GA 30309

Joshua B Durham
Derek M Bast
Bell Davis & Pitt P A
227 W Trade Street Suite 1800
Charlotte, NC 28202

Joshua Martin
13023 Atkins Circle Drive Suite 203
Charlotte, NC 28277

Kathy Burch
20100 Washam Street
Cornelius, NC 28031

Klint Green
150 Lancelot Circle
Salisbury, NC 28147

L A M Z Enterprises LLC
c/o Wayne M D Press
8665 Bay Colony Drive #703
Naples, FL 34108

Mary E Bushyhead
14002 E 21st Street Suite 1500
Tulsa, OK 74134

Matt Blankenship
2026 Perth Road
Mooresville, NC 28117

Michael Harrold
1021 Oak Ridge Farm Highway
Mooresville, NC 28115

Mike Wheeler
40231 Browns Creek Place
Leesburg, VA 20175

Moroso Performance
80 Carter Drive
Guilford, CT 06438

NASCAR Broadcasting LLC
Attn:  General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NASCAR Digital Media LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NASCAR Event Management Inc
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NASCAR Media Group LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NASCAR Media Ventures LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NASCAR Productions LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

NC Department of Revenue
PO Box 25000
Raleigh, NC 27640-0002

Nelson Mullins
PO Box 11070
Columbia, SC 29211

Nicole T LeBoeuf
LeBoeuf Law PLLC
325 N St Paul Suite 3400
Dallas, TX 75201

Omar Grimaldo
212 Day Dock Loop
Mooresville, NC 28117

Panki Racing Systems UK Ltd
Industriestra Be West 4
Kapfenberg
A-8605

Paul Rice
5745 Spring Gate Court
Concord, NC 28027

Precision Products
PO Box 1229
Arden, NC 28704

Preston Wilson
137 Jacobs Wood Circle
Troutman, NC 28166

Race Engines Plus LLC
7100 Weddington Road
Concord, NC 28027

Race Engines Plus LLC
c/o Derek P Adler Esq
DeVore Acton & Stafford PA
438 Queens Road
Charlotte NC 28207-1422

Raymond Hanna
403 North Buckoak Street
Stanley, NC 28164

Rebecca Santosuosso
14737 Old Vermillion Road
Huntersville, NC 28078

Richard Claveloux
184 Water Ski Drive
Statesville, NC 28677

Richard L Robertson Esq
Robertson & Associates P A
2730 East W T Harris Blvd Ste 101
Charlotte, NC 28213

Rick Bouregeois
15128 Alexander Place Drive
Huntersville, NC 28078

RJ Waste & Recovery Inc
9925 Metromont Ind. Blvd
Charlotte, NC 28269

Robert A Muckenfuss
McGuireWoods
201 N Tryon Street Ste 3000
Charlotte, NC 28202

Robert Jeffrey
334 # Kearney
PMB 292
Springfield, MO 65803

Ron Graves
122 Gray Barn Drive
Troutman, NC 28166

Ron Ingalls
Ingalls Refinery LLC
210 Senior Circle
Lompoc, CA 93446

Ronald A Skufca
Matthew C Dellinger
Skufca Law PLLC
1514 S Church Street Suite 101
Charlotte, NC 28203

Ryan Dubois
14737 Old Vermillion Road
Huntersville, NC 28078

Ryan Tuttle
613 Southhampton Drive NW
Concord, NC 28027

Scott King
216 Devon Forest Drive
Mooresville, NC 28115

Signals Seals & Fasteners
PO Box 1135
Mooresville, NC 28115

Simpson Performance Products
328 FM306
New Braunfels, TX 78130

Sport Venture Group LLC
c/o The Lynch Racing Co.
3022 Morgans Point Road Suite 196
Mount Pleasant, SC 29466

Springfield Tower Inc
6320 Augusta Drive Suite 1400
Springfield, VA 22150

Stephanie Killian
Homesley & Wingo Law Group
330 S Main Street
Mooresville, NC 28115

Sterling Foundation Management LLC
12030 Sunrise Valley Drive Ste 450
Reston, VA 20191

Steve Gleason
1331 Riverwood Drive
Lexington, NC 27292

Thornburg 7865 LLC
6320 Augusta Drive Suite 1400
Springfield, VA 22150

Timmy Baker
746 Patterson Farm Road
Mooresville, NC 28115

Timothy Kean
131 Forest Ridge Road
Mooresville, NC 28117

Toby Whealdon
8602 Forest Shawdow Circle
Cornelius, NC 28031

Travis Kvapil
132 Sagewood Drive
Mooresville, NC 28115

Triad Racing Technologies
235 Raceway Drive
Mooresville, NC 28117

TriStar Motorsports
330 Aviation Drive
Statesville, NC 28677

TriStar Motorsports NC LLC
c/o Mark C Smith, Registered Agent
330 Aviation Drive
Statesville, NC 28677

Troy J Stafford
DeVore Acton & Stafford
438 Queens Road
Charlotte, NC 28207

Troy Roselles
9048 Avebury Drive Apt H
Charlotte, NC 28213

United States Attorney
227 West Trade Street Suite 1700
Charlotte, NC 28202

Vince A Veccharino
Millennium VIP Group Inc
275 E Tropicana Avenue
Las Vegas, NV 89169

Virginia Racers Group LLC
c/o Brenda S Devine
6320 Augusta Road Flr 15
Springfield, VA 22150

Virginia Racers Group LLC
c/o John F Pitrelli, Registered Agent
13135 Lee Jackson Memorial Hwy Ste1
Fairfax, VA 22033

Watson Electric Co Inc
PO Box 467
Huntersville, NC 28070

Webster Book LLP
Attn:  Steven T Webster Esq
300 N Washington Street Suite 404
Alexandria, VA 22314

Winberg Crankshafts
333 W 48th Avenue
Denver, CO 80216

Winberg Precision
2190 S Jason Street
Denver, CO 80223

Windstream
PO Box 9001908
Louisville, KY 40290-1908

Yeley Racing Corp
121 Leeward Shoals Lane
Mooresville, NC 28117-8917