FILED & JUDGMENT ENTERED
Steven T. Salata

April 3 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In re:

BK Racing, Inc.,

Debtor.

Case Number 18-30241

Chapter 11

### ORDER ON TRUSTEE'S APPLICATION FOR EMPLOYMENT OF THE FINLEY GROUP, INC. AS FINANCIAL ADVISORS

The court having considered the Application of the trustee to employ The Finley Group, Inc. as financial advisors for the estate and Declaration of Matthew W. Smith in support thereof, and it appearing that The Finley Group, Inc., its members and associates, are disinterested persons and that the employment of said firm generally by the trustee is in the best interest of this estate, it is hereby

ORDERED that Matthew W. Smith, Trustee herein, is authorized to employ the firm of The Finley Group, Inc. generally as advisors for the trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court