FILED & JUDGMENT ENTERED
Steven T. Salata

April 23 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

In re:

BK Racing, LLC,

Debtor.

Case Number: 18-30241

Chapter 11

## *EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF
## IRON HORSE AUCTION COMPANY, INC.

THIS MATTER came before the Court on the Trustee's Ex Parte *Application to Employ Iron Horse Auction Company, Inc.* (D.E. 107) (the "Application"). Based upon a review of the record and the contents of the Application, and it appearing that William B. Lilly, Jr. of Iron Horse Auction Company, Inc. ("Iron Horse") is a disinterested person within the meaning of the Bankruptcy Code, the Court finds and concludes that the Application should be approved.

**IT IS, THEREFORE, ORDERED** that the Trustee is authorized to employ Iron Horse upon the terms and conditions described in the Application and to pay Iron Horse $3,000.00 upon the Trustee's receipt of the inventory.

**This Order has been signed
Electronically.  The judge's
signature and court's seal
appear at the top of the Order.**

**United States Bankruptcy Court**

1