**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| In re: | Case Number:  18-30241 |
| **BK Racing, LLC**, | Chapter 11 |
| Debtor. | |

## MOTION FOR AUTHORITY TO SELL PROPERTY
## FREE & CLEAR OF LIENS – VARIOUS PERSONAL PROPERTY

Matthew W. Smith, the chapter 11 trustee in the above-captioned case (the "Trustee"), by and through counsel, hereby presents this *Motion for Authority to Sell Property Free & Clear of Liens – Various Personal Property* (this "Motion") and, in support hereof, respectfully shows the Court as follows:

### JURISDICTION

1.      On February 15, 2018 (the "Petition Date"), BK Racing, LLC (the "Debtor") filed for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Code"), initiating the above-referenced bankruptcy case (this "Case").

2.      The Court appointed the Trustee as the Debtor's chapter 11 trustee pursuant to a written Order entered on March 30, 2018 (D.E. 87).

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O).  Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a).  The statutory predicates for the relief requested in this Motion are §§ 105 and 363 of the Code.

### BACKGROUND

4.      The property of the Debtor's estate includes various personal property as follows: a 2006 High-Tech Transporter VIN 1163; a 2007 Volvo Tractor VIN -3298; and certain

equipment and other personal property that is being stored in Statesville, NC.  A list of the items

that the Trustee proposes to sell through this Motion (the "Personal Property") appears on the

offer (the "Offer") from Obaika Racing, LLC ("Obaika") attached as <u>Exhibit A</u>.[1]  None of the

Personal Property subject to the Offer is currently being used by the Trustee in the Debtor's

racing operations.

5.      The Trustee obtained an appraisal of the Personal Property that provided an

estimated total value of $382,000.00.  The Trustee has agreed, subject to court approval, to sell

the Personal Property pursuant to the Offer for the total sum of $265,000.00.

6.      The Trustee is informed and believes that the titled vehicles that he proposes to

sell through this Motion were used as collateral for a lien from SunTrust Bank, and that that lien

was satisfied before the Petition Date.  However, the Trustee is further informed that the prior

liens remain as encumbrances on the titles for those vehicles.  The Trustee is in the process of

applying for a replacement titles that will indicate that the SunTrust liens have been released.

## **RELIEF REQUESTED AND BASIS FOR RELIEF**

7.      By this Motion, the Trustee seeks an Order approving the sale of the Personal

Property to Obaika free and clear of liens.

8.      Section 363(b)(1) of the Bankruptcy Code provides that "the trustee, after notice

and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of

the estate . . . ."  To the extent that any of the Personal Property is encumbered by liens, Section

363(f)(5) of the Bankruptcy Code authorizes the sale of the same free and clear of all liens, with

any valid liens to transfer to sale proceeds, because any lienholders could be compelled to accept

a money satisfaction.

---

[1]      Exhibit A includes a subset of personal property assets that the Trustee does request authority to sell, which
are denoted as the "Excluded Statesville Assets."

9.      Pursuant to Fed. R. Bankr. P. 2002(a)(2), parties in interest are entitled to 21-days' notice of the proposed sale of property of the estate other than in the ordinary course of business.  This Court's Local Rules permit negative notice of motions to sell.  L.R. 9013-1(f)(1).

## ARGUMENT

10.     The Offer reflects a negotiated agreement with Obaika that permits the Trustee to capture $265,000.00 for the benefit of the bankruptcy estate.

12.     In the opinion of the Trustee, the Offer reflects a fair price and approval of the Offer as proposed herein would reflect the best interests of the Debtor's creditors.  For these reasons, the Trustee requests an Order approving the proposed sale free and clear of liens pursuant to § 363(f), with any valid liens thereon to transfer to the proceeds.

13.     The Trustee further requests authority to execute the necessary documentation to affect the transfer, including but not limited to the Bill of Sale and Certificates of Title, upon the sale of the Personal Property.

14.     The Trustee requests authority to deposit any funds received prior to the sale of the Personal Property in the bank account for this case in advance of entry of an Order on this motion to be held pending resolution of this motion.

WHEREFORE, the Trustee prays that the Court will enter an Order:

1)      Granting this Motion and approving the sale of the Personal Property to Obaika free and clear of liens with any valid liens to attach to the proceeds;

2)      Authorizing the Trustee to execute the necessary documentation, including a Bill of Sale and Certificates of Title, to effectuate legal transfer the Personal Property;

3)      Authorizing the Trustee to deposit any funds received in advance of entry of an Order on this Motion in the bank account for this case *nunc pro tunc*; and

4)      Granting such other relief as is just and proper.


This, the 16th day of July, 2018.

                                        */s/  A. Cotten Wright*
                                        A. Cotten Wright (N.C. State Bar No. 28162)
                                        Anna S. Gorman (N.C. State Bar No. 20987)
                                        Grier Furr & Crisp PA
                                        101 North Tryon Street, Suite 1240
                                        Charlotte, North Carolina 28246
                                        Telephone: 704/375.3720; Fax: 704/332.0215
                                        cwright@grierlaw.com

                                        *Attorneys for Matthew W. Smith, Trustee*

Obaika Racing Offer to Purchase BK Racing Assets

### Titled Vehicles

| Item # | Description |
|---|---|
| Transporter (83) | Transporter (83) - 2007 High-Tech Transporter |
| Volvo - Tractor (83) | 2007 Volvo - Tractor (83) -524,084 miles |

### Equipment & Fixed Assets

| Item # | Description |
|---|---|
| #501 - 515 | Transp: (VIN:1163) (ALL) (goes with 83 Transporter) |
| 258 | 2013 Richardson Racing Productions Inc. Toyota Template with 2017 Update |
| 259 | Electric Template Carriage |
| 260 | Surface Plate |
| 377 | Pit Generator (Need to identify and Confirm) |
| 386 | Utility Pit Cart with Contents to include .... (note need to identify & confirm) |
| 410 | Complete Pit Tool Box with Contents to include ......(Note need to identidy and confirm) |
| #650 - 746 | Statesville All (except Excluded) (Includes (#722) |

Note: Includes Livingston and Haven Pull Down Rig with 4-Post Lift (#722)

### Excluded Statesville Assets

| Item # | Description | |
|---|---|---|
| 674 | Nitro Pit Garage Tool Box | - |
| 683 | Pit Utility Cart with Fuel Dump Can, (3) Sections of Air Hose, Approximately (3) Bl | - |
| 684 | Nitro Utility Pit Cart | - |
| 728 | Pit Road Tool Box and Pit Suite (Long Bed) - 83 | - |
| 730 | Pit Tool Cart and Contents to include Set of Jack Stands, Pneumatic Hand Tools, H | - |
| 731 | Pit Garage Utility Cart with Water Tank, Low Profile Cart, (3) Fuel Dump Cans, Wa | - |
| 800 | 93 - Six Passenger Golf Cart - Gas | |
| 801 | 93 - Six Passenger Golf Cart - Elect (BK 1178) | |
| 723 | Ingersoll Rand TS5 CBV2411509 (Air Compressor?) | |
| 802 | Jet Drill Press | |
| 803 | 83 Crash Cart | |
| 804 | 23 Crash Cart | |

### Chassis

| Item # | Description | Condition | Include |
|---|---|---|---|
| 414 | CAR 414, Chassis No. RBR 4140211, Style ST | Partial Body | YES |
| 402 | CAR 402, Chassis No. RBR 4021110, Style ST | Full Body - Full Suspension | YES |
| 420 | CAR 420, Chassis No. RBR 4200411, Style RC | Full Body - Suspension - No Hubs | YES |
| 419 | CAR 419, Chassis No. RBR 4190311, Style INT | Full Body - Suspension - No Hubs | YES |
| 1404 | CAR 1404, Chassis No. BKR 14040614, Style INT | Partial Body - No Suspension | YES |
| 1405 | CAR 1405, Chassis No. BKR 14050714, Style ST | Partial Body - No Suspension | YES |
| 1403 | CAR 1403, Chassis No. RKR 14030614, Style INT | Texas B/U / Police Tribute - Full Suspension | YES |
| 324 | CAR 324, Chassis No. RBR 3240510, Style SS | Full Body - Full Suspension | YES |
| 1501 | CAR 1501, Chassis No. RKR 15010515, Style INT | Bare Chassis | YES |
| 1304 | CAR 1304, Chassis No. BK 13041213, Style SS | Richardson -Missing RS and Suspension | YES |
| 413 | CAR 413, Chassis No. RBR 4130211, Style ST | Bare Chassis | YES |
| 429 | CAR 429, Chassis No. RBR 4290711, Style INT | Greenhouse Down | YES |
| 428 | CAR 428, Chassis No. RBR 4280611, Style INT | Bare Chassis | YES |
| 1402 | CAR 1402, Chassis No. BKR 14020414, Style INT | Bare Chassis | YES |
| 423 | CAR 423, Chassis No. RBR 4230511, Style INT | Bare Chassis | YES |
| 407 | CAR 407, Chassis No. RBR 4071210, Style INT | Fairly Complete #23 | YES |
| 409 | CAR 409, Chassis No. RBR 4090111, Style ST/INT | Bare Chassis | YES |
| 424 | CAR 424, Chassis No. RBR 4240511, Style INT | Greenhouse Down | YES |
| 426 | CAR 426, Chassis No. RBR 4260611, Style INT | Bare Chassis | YES |

### Excluded Chassis

| Item # | Description | Condition | Include |
|---|---|---|---|
| 408 | CAR 408, Chassis No. RBR 4081210, Style INT | BK Pit Car | Exclude |
| 904 | CAR 904 | Gannassi ' 15 | Exclude |
| 704 | CAR 704, Chassis No. MWR 704 | Waltrip Pit Car | Exclude |

**BK Racing Asset List**

As of 5-9-18

| Item # | LOC | Location | QTY AVAIL | Item Description |
|---|---|---|---|---|
| 258 | Main | Finish Fab Room | 1 | 2013 Richardson Racing Productions Inc. Toyota Template with 2017 Update |
| 259 | Main | Finish Fab Room | 1 | Electric Template Carriage |
| 260 | Main | Finish Fab Room | 1 | Surface Plate |
| 377 | Main | Encl Rear Truck Bay | 1 | Pit Generator |
| 386 | Main | Encl Rear Truck Bay | 1 | Utility Pit Cart with Contents to include Water Buffalo Rolling Tool Chest, Low Profile Cart, (4) Military Style Gas Cans, (2) Garage Used Fuel Dump Cans with Fittings, Cherry Picker |
| 410 | Main | Encl Rear Truck Bay | 1 | Complete Pit Tool Box with Contents to include Computer System, Mechanics Tools, Set of Jack Stands, Set of Digital Scales, Vise, Car Parts, Lubricants and Solvents |
| 501 | Movable | Transp: (VIN:1163) | 1 | Roerig Shock Dyno, Model #: 1210AF-5K-B and Computer |
| 502 | Movable | Transp: (VIN:1163) | 35 | Approximately (35) Penske Shocks |
| 503 | Movable | Transp: (VIN:1163) | 1 | Motorola Racing Electronics Radio Set, (12) XPR 650 with (2) Charging Docks, (11) EX500, (3) EX600 XLS, with Docks |
| 504 | Movable | Transp: (VIN:1163) | 1 | Fuel Pump |
| 505 | Movable | Transp: (VIN:1163) | 1 | Intercomp CC Gauge |
| 506 | Movable | Transp: (VIN:1163) | 1 | Prosystem Brake Bias Gauge Set |
| 507 | Movable | Transp: (VIN:1163) | 1 | Portable Oil Pump |
| 508 | Movable | Transp: (VIN:1163) | 1 | Insigns Deep Freezer |
| 509 | Movable | Transp: (VIN:1163) | 1 | Set of Headers |
| 510 | Movable | Transp: (VIN:1163) | 4 | (4) Stanly Fans |
| 511 | Movable | Transp: (VIN:1163) | 60 | Approximately (60) Sets of Head Phones and Scanners |
| 512 | Movable | Transp: (VIN:1163) | 2 | (2) Fan Vision Units |
| 513 | Movable | Transp: (VIN:1163) | 100 | Approximately (100) Springs |
| 514 | Movable | Transp: (VIN:1163) | 1 | Spring Dyno |
| 515 | Movable | Transp: (VIN:1163) | 10 | Approximately (10) Axles |
| 650 | State | Statesville Warehouse | 1 | Nautilus Crossover Machine |
| 651 | State | Statesville Warehouse | 1 | Nautilus Smith Machine |
| 652 | State | Statesville Warehouse | 1 | Nautilus Incline Sit-up Bench |
| 653 | State | Statesville Warehouse | 1 | Hammer Strength Behind The Neck Press |
| 654 | State | Statesville Warehouse | 1 | Hammer Strength ISO Lateral Front Lot Pull Down |
| 655 | State | Statesville Warehouse | 1 | Body Smith Weight Tree with Free Weights |
| 656 | State | Statesville Warehouse | 1 | Incline Bench Press |
| 657 | State | Statesville Warehouse | 1 | Body Solid Squat Rack |
| 658 | State | Statesville Warehouse | 1 | Hamstring Curl Bench |
| 659 | State | Statesville Warehouse | 1 | Star Trac Treadmill |
| 660 | State | Statesville Warehouse | 1 | Schwinn Limited Edition Stationary Bike |
| 661 | State | Statesville Warehouse | 1 | Concept II Indoor Rower |
| 662 | State | Statesville Warehouse | 1 | Nautilus Bench Press |
| 663 | State | Statesville Warehouse | 22 | (22) Rubber Mats Under Weight Equipment |
| 664 | State | Statesville Warehouse | 1 | Craftsman Low Profile Jack |
| 665 | State | Statesville Warehouse | 4 | (4) Fuel Pump Can Nozzles |
| 666 | State | Statesville Warehouse | 15 | Approximately (15) Containers of Lug Nuts |
| 667 | State | Statesville Warehouse | 10 | Approximately (10) Sections of Air Hose |
| 668 | State | Statesville Warehouse | 4 | (4) 5 Gallon Buckets of Cleaning Solvent |
| 669 | State | Statesville Warehouse | 1 | Mac Tools Vacuum Air Gun |
| 670 | State | Statesville Warehouse | 20 | Approximately (20) Bins of Used Bolts and Air Gun Parts |
| 671 | State | Statesville Warehouse | 7 | (7) Dewalt Chargers with (4) Batteries |
| 672 | State | Statesville Warehouse | 8 | Approximately (8) Aerosol Cans of Glass Cleaner |
| 673 | State | Statesville Warehouse | 20 | Approximately (20) Aerosol Cans of Brake Cleaner |
| 675 | State | Statesville Warehouse | 2 | (2) Chassis Surface Plates |
| 676 | State | Statesville Warehouse | 1 | Barrel Fan |
| 677 | State | Statesville Warehouse | 1 | Partial 55 Gallon Drum of Lug Nuts |
| 678 | State | Statesville Warehouse | 4 | (4) Pallets of Fixtures and Fabricated Chassis Parts |
| 679 | State | Statesville Warehouse | 1 | Wooden Cart on Casters |
| 680 | State | Statesville Warehouse | 100 | Approximately (100) Race Tires with Wheels |
| 681 | State | Statesville Warehouse | 2 | (2) Yellow 5-Step Warehouse Ladders |
| 682 | State | Statesville Warehouse | 2 | (2) Rubbermaid Trash Cans |
| 685 | State | Statesville Warehouse | 1 | Folding Table |
| 686 | State | Statesville Warehouse | 25 | Approximately (25) Magliner CooLift Delivery System |
| 687 | State | Statesville Warehouse | 2 | (2) Front Nose Cones with Front Clips |
| 688 | State | Statesville Warehouse | 15 | Approximately (15) Hoods |
| 689 | State | Statesville Warehouse | 6 | Approximately (6) Truck Arms |
| 690 | State | Statesville Warehouse | 1 | New C & R Radiator |
| 691 | State | Statesville Warehouse | 9 | Approximately (9) Fabricated Fuel Cell Seats |

**BK Racing Asset List**

As of 5-9-18

| Item # | LOC | Location | QTY AVAIL | Item Description |
|---|---|---|---|---|
| 692 | State | Statesville Warehouse | 1 | Spectrum Mobil Diagnostics Car Machine |
| 693 | State | Statesville Warehouse | 37 | Approximately (37) Cases of ZAK Window Cleaner |
| 694 | State | Statesville Warehouse | 3 | (3) Shelves of Fabricated Race Car Parts |
| 695 | State | Statesville Warehouse | 31 | Approximately (31) Race Car Suspension Springs |
| 696 | State | Statesville Warehouse | 1 | Landra Gold Series Steam Cleaner |
| 697 | State | Statesville Warehouse | 4 | (4) Wooden Desk |
| 698 | State | Statesville Warehouse | 1 | Rear Body Section for Race Car |
| 699 | State | Statesville Warehouse | 1 | Huffy Sports Basketball Goal |
| 700 | State | Statesville Warehouse | 1 | Nitro Tire Dolly |
| 701 | State | Statesville Warehouse | 1 | Unbranded Tire Dolly |
| 702 | State | Statesville Warehouse | 1 | Fuel Cell |
| 703 | State | Statesville Warehouse | 8 | Approximately (8) Shelves of Jig Fixtures |
| 704 | State | Statesville Warehouse | 1 | 55 Gallon Drum of Scrap Metal |
| 705 | State | Statesville Warehouse | 1 | 55 Gallon Drum of Jig Fixtures |
| 706 | State | Statesville Warehouse | 2 | (2) Rear End Housing |
| 707 | State | Statesville Warehouse | 4 | (4) Boom Tubes |
| 708 | State | Statesville Warehouse | 1 | Partial Roll of Carpet |
| 709 | State | Statesville Warehouse | 1 | Pallet of Chassis Components |
| 710 | State | Statesville Warehouse | 1 | Gaylord Pallet of Lower A-Arms, Jig Fixtures, Canvas ? And Cool Suit Bag |
| 711 | State | Statesville Warehouse | 1 | Snap On 2 1/2 Ton Floor Jack |
| 712 | State | Statesville Warehouse | 1 | Front Clip Fixture and Jigs |
| 713 | State | Statesville Warehouse | 5 | (5) C & R Radiators |
| 714 | State | Statesville Warehouse | 230 | Approximately (230) Race Car Rims |
| 715 | State | Statesville Warehouse | 48 | (48) Folding Chairs |
| 716 | State | Statesville Warehouse | 1 | Wall Mount Air Hose Reel |
| 717 | State | Statesville Warehouse | 1 | Acetylene Torch Set |
| 718 | State | Statesville Warehouse | 25 | Approximately (25) 4-Shelf Parts Carts with Interior Parts and Chassis Parts |
| 719 | State | Statesville Warehouse | 1 | Rolling Fixture Rack |
| 720 | State | Statesville Warehouse | 1 | Porta Cool Reconditioned 36" Variable Speed Air Conditioner |
| 721 | State | Statesville Warehouse | 1 | Beverly Shear Stand, Model #B2 |
| 723 | State | Statesville Warehouse | 1 | Ingersoll Rand TS5 CBV2411509 |
| 724 | State | Statesville Warehouse | 1 | Uline Banding Cart |
| 725 | State | Statesville Warehouse | 1 | Water Tank Dolly |
| 726 | State | Statesville Warehouse | 1 | Vidmar Chassis and Fixture Cabinet |
| 728 | State | Statesville Warehouse | 1 | Pit Road Tool Box and Pit Suite |
| 729 | State | Statesville Warehouse | 1 | Gaylord Pallet of Banners, Coolsuit Hoses and Barriers |
| 732 | State | Statesville Warehouse | 3 | (3) Ice Hole High Performance Coolers |
| 733 | State | Statesville Warehouse | 1 | Coated Locker Room Bench |
| 734 | State | Statesville Warehouse | 12 | (12) Team Members Lockers |
| 735 | State | Statesville Warehouse | 1 | Suspension Rack |
| 736 | State | Statesville Warehouse | 1 | Metal Rack |
| 737 | State | Statesville Warehouse | 1 | Conference Table |
| 738 | State | Statesville Warehouse | 11 | Approximately (11) Folding Chairs |
| 739 | State | Statesville Warehouse | 1 | Dell 42" Monitor |
| 740 | State | Statesville Warehouse | 1 | Wooden Desk, Credenza |
| 741 | State | Statesville Warehouse | 1 | QMI 5-Shelf Locking Cabinet |
| 742 | State | Statesville Warehouse | 20 | Approximately (20) Pairs of New Mechanix Wear Gloves |
| 743 | State | Statesville Warehouse | 1 | Swivel Arm Chair |
| 744 | State | Statesville Warehouse | 4 | (4) Small Containers |
| 745 | State | Statesville Warehouse | 5 | (5) Open Boxes of New Mechanix Wear Gloves |
| 746 | State | Statesville Warehouse | 2 | (2) Jack Handles |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| In re:<br><br>**BK Racing, LLC**,<br><br>                             Debtor. | Case Number:  18-30241<br><br>Chapter 11 |

## <u>NOTICE OF OPPORTUNITY FOR HEARING</u>

TAKE NOTICE that the trustee in this case (the "Trustee"), has filed the *Motion for Authority to Sell Property Free & Clear of Liens – Various Personal Property* (the "Motion"), seeking court approval to sell certain personal property of the Debtor's bankruptcy estate that is not being used in the Debtor's racing operations to Obaika Racing, LLC for the sum of $265,000.00.  Copies of the Motion are available from the undersigned or from the Bankruptcy Court's web site at:  http://www.ncwb.uscourts.gov.

<u>Your rights may be affected</u>.  You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 31, 2018**, you or your attorney must do three (3) things:

**1.  File with the Court a written request for a hearing at:**

U.S. Bankruptcy Court
401 W. Trade St.
Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**2.  On or before the date stated above for filing your written request for hearing, you must also mail, email, or fax a copy of your written request for hearing to:**

BK Racing, LLC
c/o Grier Furr & Crisp, P.A.
101 North Tryon Street, Suite 1240
Charlotte, NC  28246
Fax:  (704) 332-0215

1

3.      If you request a hearing, you or your attorney must attend a hearing which would be held at **9:30 a.m**. on **August 14, 2018**, in Bankruptcy Courtroom 1-4 in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina.  No hearing will be held unless you request it.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting the Motion.

This, the 16th day of June, 2018.

*/s/ A. Cotten Wright*
A. Cotten Wright (N.C. State Bar No. 28162)
Grier Furr & Crisp PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Telephone: 704/375.3720; Fax: 704/332.0215
cwright@grierlaw.com

*Attorneys for Matthew W. Smith, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

In re:

**BK Racing, LLC**,

                Debtor.

Case Number:  18-30241

Chapter 11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Motion for Authority to Sell Property Free & Clear of Liens – Various Personal Property* and corresponding *Notice of Opportunity for Hearing* were served electronically on those parties registered to receive ECF electronic service in this case and on Obaika Racing, LLC by mail as set forth below.

Obaika Racing, LLC
c/o Shawn A. Copeland, R/A
215 S Main Street Ste 301
Davidson, NC 28036-8039

Obaika Racing, LLC
c/o Shawn A. Copeland, R/A
PO Box 430
Davidson, NC 28036

Obaika Racing, LLC
806 Performance Road
Mooresville, NC 28115-9591

In addition, the undersigned hereby certifies that copies of the foregoing *Notice of Opportunity for Hearing* were served on the parties listed on the attached creditor matrix.

This, the 16th day of July, 2018.

                */s/ A. Cotten Wright*
                A. Cotten Wright
                Grier Furr & Crisp PA
                101 North Tryon Street, Suite 1240
                Charlotte, North Carolina 28246

Label Matrix for local noticing
0419-3
Case 18-30241
Western District of North Carolina
Charlotte
Fri Jul 13 15:58:14 EDT 2018

BK Racing, LLC
6780 Hudspeth Road
Harrisburg, NC 28075-5006

Champion Tire & Wheel, Inc.
c/o Andrew T. Houston
Moon Wright & Houston, PLLC
121 W. Trade Street
Suite 1950
Charlotte, NC 28202-1176

Race Engines Plus, LLC
c/o Derek P. Adler, Esq.
DeVore, Acton & Stafford PA
438 Queens Road
Charlotte, NC 28207-1422

The Henderson Law Firm
c/o James H. Henderson
1201 Harding Place
Charlotte, NC 28204-2826

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

Union Bank & Trust
101 North Tryon Street
Suite 1900
Charlotte, NC 28246-0103

Charlotte Division
401 West Trade Street
Charlotte, NC 28202-1633

121 Shadow Woods Road
121
Statesville, NC 28677-8739

A & R Foods LLC
6320 Augusta Drive
Suite 1400
Springfield, VA 22150-2523

A&R Foods, Inc.
6320 Augusta Drive
Suite 200
Springfield, VA 22150-2527

ASG Security
PO Box 650837
Dallas, TX 75265-0837

ATI Performance
6747 Whitestone Road
Baltimore, MD 21207-4173

Adam Long
366 Longs Road
Tar Heel, NC 28392-9422

Advantage Truck Center
3880 Jeff Adams Drive
Charlotte, NC 28206-1259

Aegis Sciences Corporation
P. O. Box 645471
Cincinnati, OH 45264-5471

Aerodyn Wind Tunnel
135 Godspeed Lane
Mooresville, NC 28115-7181

Airr Force Racing Products
311 N.E. 14 Avenue
Fort Lauderdale, FL 33301-1752

Airtight Facilitech
1338 Hundred Oaks Drive
Suite C
Charlotte, NC 28217-4067

Alex Equipment Inc.
380 Friendship Church Road
Taylorsville, NC 28681-8995

Allied Sheet Metal Works, Inc
612 Charles Avenue
Charlotte, NC 28205-1040

Amanda R. Pickens
Robinson Bradshaw & Hinson PA
101 N Tryon Street Ste 1900
Charlotte, NC 28246-0106

Andrew Combs
133 Eagle Court
Mooresville, NC 28117-8022

Andrew T. Houston
Moon Wright & Houston, PLLC
121 West Trade Street
Suite 1950
Charlotte, NC 28202-1176

Annemarie DiNardo Cleary
Eckert Seamans Cherin & Mellott LLC
919 East Main Street Ste 1300
Richmond, VA 23219-4624

Apex Magnets
157 RMX Way
Petersburg, WV 26847-8953

Aritec Inc
44174 Airport Road Suite 300
California, MD 20619-2037

Arrow Composites
PO Box 392
Harrisburg, NC 28075-0392

Automotive Racing Products
1863 Eastman Ave
Ventura, CA 93003-8084

Ave Motorsports Inc
4486 Providence Mill Road
Maiden, NC 28650-8520

B&B Hose & Rubber Co Inc
4604 Bainbridge Blvd.
Chesapeake, VA 23320-6306

B.R.E Motorsports
6901 Belt Road
Concord, NC 28027-2944

BDO USA
8401 Greensboro Drive
Suite 800
Mc Lean, VA 22102-3599

BRC Loans LLC
6320 Augusta Drive
Suite 1400
Springfield, VA 22150-2523

BRC Loans LLC
6403 Burke Woods Drive
Burke, VA 22015-3932

Barb Sutton Group
599 State Route 487
Elysburg, PA 17824-7056

Beth B. Carter
Law Offices of Beth B. Carter, PLLC
P.O. Box 1553
Denver, NC 28037-1553

Beth B. Carter
PO Box 1553
Denver, NC 28037-1553

Birmingham Marriott
3590 Grandview Pkwy
Birmingham, AL 35243-1946

Bluewater Partners LLC
150 Kevin Drive
Troutman, NC 28166-8683

Bluewater Partners LLC
c/o David P Parker PLLC
242 East Broad Street
Statesville, NC 28677-5325

Bluewater Partners, LLC
P.O. Box 7137
Statesville, NC 28687-7137

Bordeaux Dyno Cams
22247 Andrew Jackson Hwy
Delco, NC 28436

Bordeaux Dyno Cams
22247 Andrew Jackson Hwy E
Delco, NC 28436

BrandRPM
4910 Starcrest Dr
Monroe, NC 28110-8497

Breaking Limits
P.O. Box 607
Trinity, NC 27370-0607

Brenda S. Devine
6403 Burke Woods Court
Burke, VA 22015-3932

Brett Moffitt
246 Elrosa Rd.
Mooresville, NC 28115-5812

Brisco
251 Buckeye Cove Road
Swannanoa, NC 28778-2819

Brown & Miller Racing
4005 Dearborn Place NW
Concord, NC 28027-4624

Brunnhoelzl Racing
803 Performance Road
Mooresville, NC 28115-9597

C&R Racing, Inc.
301 Cayuga Drive Suite A
Mooresville, NC 28117-8226

Cabarrus County Tax Collector
Courthouse Box 707
Concord, NC 28025

Caitlin A. Counts
Alston & Bird LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000

Carolina Industrial Truck, Inc.
P.O. Box 411391
Charlotte, NC 28241-1391

Carolina Installations
214 Prairie Drive
Lexington, NC 27292-8116

Carolina Landmark Realty, LLC
P.O. Box 6603
Statesville, NC 28687-6603

Carolina Tape and Supply Corp.
P.O. Box 2488
Hickory, NC 28603-2488

Carolina's Independent Truckers Service
1606 E. Church Street
Cherryville, NC 28021-9174

Carrillo
1902 McGraw Avenue
Irvin, CA 92614-0910

Cenit North America
691 Squirrel Road Suite 275
Auburn Hill, MI 48326-2833

Chad Allum

Champion Air LLC
c/o Dale Earnhardt Inc
1675 Dale Earnhardt Blvd
Highway 3
Mooresville, NC 28115-8330

Champion Tire & Wheel
11106 Treynorth Drive
Cornelius, NC 28031-8190

Chek Industries, Inc
P.O. Box 686
128 S. Iredell Industrial Park Road
Mooresville, NC 28115-7128

Christopher Thaddeus Longmore
Dugan McKissick & Longmore
22738 Maple Road
Suite 101
Lexington Park, MD 20653-3366

Cintas
P.O. Box 630803
Cincinnati, OH 45263-0803

City Electric Supply
261 Rolling Hill Road Suite 2A
Mooresville, NC 28117-6505

City of Charlotte
P.O. Box 1316
Charlotte, NC 28201-1316

City of Charlotte Water
Billing Center
PO Box 1316
Charlotte, NC 28201-1316

City of Concord
P.O. Box 580469
Charlotte, NC 28258-0469

City of Roanoke Photo Enforcement
Customer Service Center
7018 Baker Blvd.
Richland Hills, TX 76118-6324

Class C Solutions Group
P.O. Box 78845
Milwaukee, WI 53278-8845

Clifton W. Homesley
330 South Main Street
Mooresville, NC 28115-3262

Coast Fabrication, Inc
16761 Burke Lane
Huntington Beach, CA 92647-4560

Cody McCray
3951 Picasso Ct
Charlotte, NC 28205-4564

Cody Thomas McCray
3951 Picasso Street
Charlotte, NC 28205-4564

Cometic Gasket
8090 Auburn Road
Concord, OH 44077-9600

Commonwealth of Massachusetts
P.O. Box 417448
Boston, MA 02241-7448

Community Insurance Associates
18516 Office Park Drive
Gaithersburg, MD 20886-0585

Comp Performance Group
3406 Democrat Road
Memphis, TN 38118-1541

Competition Tire East
150 Franklin Street
Reading, PA 19602-1056

Components USA
P.O. Box 13254
Newark, NJ 07101-3254

Composite Resources, Inc
485 Lakeshore Parkway
Rock Hill, SC 29730-4205

Computech Manufacturing Co., Inc.
851 Vossbrink Drive
Washington, MO 63090-1058

ConSeaAir LLC
3157 Heirloom Rose Place
Oviedo, FL 32766-6727

Corey LaJoie
19030 Natalie Michelle Lane
Cornelius, NC 28031-5697

Cosmo Motors Inc
545 12th Street Drive NW
Hickory, NC 28601-4754

Courtyard Key Largo
99751 Overseas Highway
Key Largo, FL 33037-4373

Custom Car Company, Inc.
Kenneth B. Dantinne
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215

Custom Car Company, Inc.
c/o Kenneth B. Dantinne
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215

DMS South Inc.
535-D Pitts School Road NW
Concord, NC 28027

DRISLIDE N. America
1452 Delashmut Ave
Columbus, OH 43212-2650

Dailey Engineering
42095 Zevo Drive Unit 7
Temecula, CA 92590-3741

Dale Earnhardt Inc
1675 Dale Earnhardt Blvd
Hwy 3
Mooresville, NC 28115-8330

Daryl Nichols
162 Golden Oak Drive
Statesville, NC 28625-8015

Dave Jensen Enterprises South
707 Performance Road
Mooresville, NC 28115-9596

David P. Parker, PLLC
242 East Broad Street
Statesville, NC 28677-5325

Dawg Pound Inc.
8824 Wedgewood Drive
Huntersville, NC 28078-9266

(c)DELPHI PACKARD
5725 INNOVATION DR
TROY MI  48098-2852

Derek P. Adler, Esq.
DeVore, Acton & Stafford PA
438 Queens Road
Charlotte, NC 28207-1422

Direct TV
P.O. Box 105249
Atlanta, GA 30348-5249

Doug Richert
126 Harwell Road
Mooresville, NC 28117-7532

Douglas B Spees
c/o Law Offices of Beth B. Carter
P.O. Box 1553
Denver, NC 28037-1553

Douglas S Fritz
9610 Rayneridge Drive
Huntersville, NC 28078-7668

Douglas Spees
3195 Lakeshore Road S
Denver, NC 28037-8231

Douglas Spees
c/o Beth Carter
The Law Office of Beth B Carter, PLLC
P.O. Box 1553
Denver, NC 28037-1553

Duke Energy
P.O. Box 70516
Charlotte, NC 28272-0516

Duke Energy
PO Box 470515
Charlotte, NC 28247-0515

Duke Energy Legal Department
550 S. Tryone Street
DEC45A
Charlotte, NC 28202-4200

Dunlap, Bennett & Ludwig PLLC
8300 Boone Boulevard
Suite 550
Vienna, VA 22182-2673

Dustin Tyson
1601 Highway 70 East
New Bern, NC 28562

Dyno One Inc
14671 N 250 W
Edinburgh, IN 46124-9064

EAN Services, LLC
(Enterprise Holdings, Inc.)
Mary E. Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

EAN Services, LLC
c/o Mary E. Bushyhead
14002 E. 21st Street
Suite 1500
Tulsa, OK 74134-1424

EME Performance Products
23 Crestview Road
Stuart, VA 24171-3312

ESM Group Inc.
5970 Heaton Pass
Carmel, IN 46033-8628

Earl Thomas Jadro
4534 Pebblebrook Circle
Concord, NC 28027-8970

ElastoSeal Inc.
791 Enterprise Drive
Lexington, KY 40510-1031

Elite Tube & Fab
172 Hinkle Lane
Lexington, NC 27295-8492

Emerald TC, LLC
5400 Laurel Springs Pkwy, Building 900,
Suwanee, GA 30024-6037

Employment Security Commission of NC
PO Box 26504
Raleigh, NC 27611-6504

Enterprise Citation Payment
P.O. Box 403328
Atlanta, GA 30384-3328


Enterprise Holdings Inc
P.O. Box 840173
Kansas City, MO 64184-0173

Enterprise Rent A Car
P.O. Box 402383
Atlanta, GA 30384-2383

Enterprise Tolls
P.O. Box 840173
Kansas City, MO 64184-0173


Enviro-Master
P.O. Box 12350
Charlotte, NC 28220-2350

Eric Frear
141 Leyton Loop #A
Mooresville, NC 28117-5626

Eric Frear
141 Saye Place
Mooresville, NC 28115-5813


Essex Parts Services, Inc
125 Hampton Court
Cramerton, NC 28032-1445

FanVision
423 W. 55th St., 10th Floor
New York, NY 10019-4460

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125


Florida Turnpike Enterprise
P.O. Box 865509
Orlando, FL 32886-5509

Four Points by Sheraton
1010 Northgate Drive
San Rafael, CA 94903-2502

Foxboro Financial Services LLC
c/o Michael C Diseveria
16200 Bellingham Drive
Germantown, MD 20874-3240


Front Row Motorsports
2670 Peachtree Rd
Statesville, NC 28625-8252

Front Row Motorsports Inc.
Attn: Robert Jenkins, President
1111 Geteway Service Park Road
Morristown, TN 37813-2512

Front Row Motorsports Inc.
P.O. Box 430
Talbott, TN 37877-0430


Fyshe Limited
c/o Danilo Oliveira
301 Michigan Ave #201
Miami Beach, FL 33139-6836

G Force
150 N Grant Street
Cleona, PA 17042-3216

GForce
1020 Sun Valley Dr
Roswell, GA 30076-1416


GGR Enterprises Inc
154 Heathrow Lance
Statesville, NC 28677-8554

GGR Enterprises, Inc.
154 Heathrow Lane
Statesville, NC 28677-8554

Glenn Thompson
Hamilton Stephens Steele + Martin PLLC
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215


Golden Gait
5051 Davidson Highway
Concord, NC 28027-8413

Gray Gaulding
154 Heathrow Lane
Statesville, NC 28677-8554

Gray Gaulding Racing Inc
154 Heathrow Lance
Statesville, NC 28677-8554


Gray Gaulding and GGR Enterprises, Inc.
154 Haethrow Lane
Statesville, NC 28677-8554

Grimco
7609 Bentley Road- Ste C
Greensboro, NC 27409-9804

HMS Motorsports
100 Ferncroft Road #208
Danvers, MA 01923-4028

HRdirect
P.O. Box 669390
Pompano Beach, FL 33066-9390

Hampton Inn
Attn: Mandy Baker
100 Lighthouse Estates Drive
Milford, DE 19963-1364

Harraka Racing Equipment
143 Village View Drive Ste 312
Mooresville, NC 28117-0040

Hartley Equipment Sales
P.O. Box 3452
Boone, NC 28607-0752

Heintz Bros. Automotive, INC
1475 Old Mountain Road
Statesville, NC 28677-2085

Hellraizer Jacks Inc.
115 Denver Business Park Drive Suite A
Mooresville, NC 28115-5901

Henry Aviation, LLC
832 Aviator Drive
Fort Worth, TX 76179-5419

Homesley & Wingo Law Group PLLC
330 S. Main Street
Mooresville, NC 28115-3262

Ideal Steel Inc.
120 Halpers Drive
Seneca, SC 29678-0901

Identity Ventures
P.O. Box 3141
Indian Trail, NC 28079-3141

Impact
1531 E Northfeld Drive Suite 400
Brownsburg, IN 46112-2514

Infinity Video Systems
775 E Blithedale Avenue #527
Mill Valley, CA 94941-1554

Ingalls Refinery LLC
210 Senior Circle
Lompoc, CA 93436-1491

Ingersoll Rand Co
800 D Beaty Street
Davidson, NC 28036-6924

Internal Revenue Service
8405 Greensboro Dr Ste 700
Mc Lean, VA 22102-5108

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency 4905 Koger Blvd.
Suite 102 M/S 9
Greensboro, NC 27407-2734

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Iowa City Capital Partners LC
2310 Lake Ridge Place NE
North Liberty, IA 52317-9366

Isaac Grossman
4213 Pima Cotton Road
Charlotte, NC 28226-2620

Isaac Grossman
Berta Grossman
4213 Pima Cotton Road
Charlotte, NC 28226-2620

J D Jones
1121 Powell Lane
Alton, VA 24520-3344

J&J Enterprises
12606 Willow Grove Way
Huntersville, NC 28078-9636

Jacob Warlick
1011 Hull Street
Statesville, NC 28677-6912

Jacob Warlick
P.O. Box 27
Catawba, NC 28609-0027

James Broom Thorsen
Thorsen Hart & Allen LLC
5413 Patterson Avenue
Richmond, VA 23226-2023

James Broome Thorsen
5413 Patterson Ave
#201
Richmond, VA 23226-2023

James C. Chesley
7207 Main Street
Clifton, VA 20124

James McElroy & Diehl P A
c/o Adam L Ross
525 N Tryon Street Ste 700
Charlotte, NC 28202-0204

James Oxygen & Supply
P.O. Box 159
Hickory, NC 28603-0159

James, McElroy & Diehl, PA
525 N. Tryon Street
Suite 700
Charlotte, NC 28202-0204

Jason Burgess
9609 Waltham Court
Charlotte, NC 28269-7003

Jason Postma
121 Shadow Wood Road
Statesville, NC 28677-8739

Jeff Swann
135 Sycamore Drive
Arden, NC 28704-3121

Jeffrey Lemons
2619 Hopewell Church Road
Sherrills Ford, NC 28673-7737

Jeremy L Dieter
530 N Hwy 77 Lot 7C
Douglass, KS 67039-8633

Jesel Valve Train
1985 Cedar Bridge Avenue
Suite 2
Lakewood, NJ 08701-7031

Joel Platts
8358 Cottsbrook Drive
Huntersville, NC 28078-2713

Jon Hancock
P.O. Box 431
Star, NC 27356-0431

Jonathan T. Edwards
Alston & Bird LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3466

Joseph D. Jones
115 Turtle Dove Lane
Statesville, NC 28677-8592

Joshua Martin
13023 Atkins Circle Drive
Suite 203
Charlotte, NC 28277-3765

KBM Chassis, LLC
351 Mazeppa Road
Mooresville, NC 28115-7929

Kathy Burch
20100 Washam Street
Cornelius, NC 28031-8576

Kenneth B. Dantinne
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215

Kenneth Humel
200 Shady Cove Road
Troutman, NC 28166-8648

Kenny's Components, Inc
P.O. Box 330
Troutman, NC 28166-0330

Kentucky Trailer
7201 Logistics Drive
Louisville, KY 40258-3187

Klint Green
150 Lancelot Circle
Salisbury, NC 28147-8994

L A M Z Enterprises LLC
c/o Wayne M D Press
8665 Bay Colony Drive #703
Naples, FL 34108-6767

LKN Tool Repair, Inc.
115A Denver Business Park Drive
Mooresville, NC 28115-5901

Lake Norman Tool Repair
115 Denver Business Park Drive Suite A
Mooresville, NC 28115-5901

Law Offices of Beth B Carter, PLLC
P.O. Box 1553
Denver, NC 28037-1553

LeeAnn Detrick Egolf
4830 Westgate Drive
Cumming, GA 30040-9447

LeeAnne Egolf
4830 Westgate Drive
Cumming, GA 30040-9447

Lincoln Electric Motorsports
22801 St. Clair Avenue
Cleveland, OH 44117-1199

Livonia Automatic, Inc.
12650 Newburgh Road
Livonia, MI 48150-1002

MAHLE Engine Components USA
P.O. Box 13254
Neward, NJ 07101-3254

MCI Racing LC
c/o Anthony Marlow
2937 Sierra Ct SW
Iowa City, IA 52240-8503

MCI Racing LP
c/o Anthony Marlow
7780 Office Plaza Drive S #100
West Des Moines, IA 50266-2337

MDX
P.O. Box 865009
Orlando, FL 32886-5009

MGM Grand Hotel and Casino, LLC
Attn: Jim Holborow- Finance Dept.
3799 Las Vegas Blvd. South
Las Vegas, NV 89109-4319

MSC Industrial Supply
6700 Discovery Blvd.
Mableton, GA 30126-4676

MTS Systems Corporation
NW 5871
P.O. Box 1450
Minneapolis, MN 55485-5871

MVPINDEX
2211 N. Lamar Street, Suite 200
Dallas, TX 75202-1092

MWR Racing, LLC
20310 Chartwell Center Drive
Cornelius, NC 28031-5253

Mac Tools
505 N. Cleveland Avenue
Westerville, OH 43082-7130

Mark W Keeteman Jr
6739 Klutz Road
Concord, NC 28025-6700

Marocha USA dba Fyshe USA
301 Michigan Ave
Apt 201
Miami Beach, FL 33139-6836

Marocha USA dba Fyshe USA
c/o Danilo Oliveira
301 Michigan Avenue #201
Miami Beach, FL 33139-6836

Marriott Fairfield Inn
3285 Boardwalk Drive
Ann Arbor, MI 48108-2702

Matthew Sparkman
175 Carriage Club Dr. Apr 2-104
Mooresville, NC 28117-9003

Matthew T. Blankenship
2026 Perth Road
Mooresville, NC 28117-8447

Matthews, Carter & Boyce
11320 Random Hills Road, Suite 600
Fairfax, VA 22030-6001

Matzinger Performance
1101 Prospect Avenue
Westbury, NY 11590-2724

McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146

McGuireWoods LLP
J. Trevor Johnston
201 North Tryon Street, Suite 3000
Charltote, NC 28202-2146

Mecklenburg County Tax Collector
P.O. Box 31457
Charlotte, NC 28231-1457

Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063

Metro Fire Lifesafety
3110 May Street
Charlotte, NC 28217-1338

Michael Harrold
1021 Oak Ridge Farm Highway
Mooresville, NC 28115-7951

Michael R. Wright
295 Overcash Road
Troutman, NC 28166-8774

Michael Wright
c/o Law Offices of Beth B. Carter, PLLC
PO Box 1553
Denver, NC 28037-1553

Michelin
1 Parkway South
Greenville, SC 29615-5095

Michelin
Consumer Care Department
P.O. Box 19001
Greenville, SC 29602-9001

Mid Valley South LLC
116 Loma Hill Court
Mooresville, NC 28117-8093

Mike Diseveria
7611 Rickenbacker Drive
Suite N
Gaithersburg, MD 20879-4784

Mike Wheeler
40231 Browns Creek Place
Leesburg, VA 20175-8804

Moon Wright & Houston, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202-1176

Mooresville Sign & Design, Inc.
2425 E. Statesville Hwy
Mooresville, NC 28115-7968

Moroso Performance
80 Carter Drive
Guilford, CT 06437-2125

NASCAR
c/o Jonathan T Edwards
1201 West Peachtreet Street
Suite 4900
Atlanta, GA 30309-3466

NASCAR Broadcasting LLC
Attn:  General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Digital Media LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Entries
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Event Management Inc
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Event Management, Inc.
P.O. Box 2875
Daytona Beach, FL 32120-2875

NASCAR Media Group LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Media Ventures LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NASCAR Productions LLC
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212

NC DEPARTMENT OF REVENUE
P.O. Box 25000
Raleigh, NC 27640-0100

NC DMV
3148 Mail Service Center
Raleigh, NC 27610

NC Dep't of Commerce
Division of Employment Security
4301 Mail Service Center
Raleigh, NC 27699-4301

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Nancy O'Haro
6320 Augusta Drive
Suite 1400
Springfield, VA 22150-2523

Nathan A. Kennon
126 Summerchase Lane
Mooresville, NC 28117-8464

Nathaniel David Tallman
1554 Broderick St. NW
Concord, NC 28027-3530

Nelson Mullins
PO Box 11070
Columbia, SC 29211-1070

Nelson Mullins Riley & Scarborough LLP
c/o B. Keith Poston
P.O. Box 11070
Columbia, SC 29211-1070

Nicole T LeBoeuf
LeBoeuf Law PLLC
325 N St Paul Suite 3400
Dallas, TX 75201-3818

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept of Commerce
133 Island Ford Road
Statesville, NC 28625-8731

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Oakley
One Icon
Foothill Ranch, CA 92610-3000

Omar Grimaldo
212 Day Dock Loop
Mooresville, NC 28117-8054

PLIC SBD GRAND ISLAND
P.O. Box 10372
Des Moines, IA 50306-0372

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Patrick Cole
149 Single Oak Drive
Troutman, NC 28166-8764

Patrick Donahue
16204 Winnow Court
Cornelius, NC 28031-8743

Patrick Gaddy
2240 Saw Road
China Grove, NC 28023-8561

Patrick Gaddy
2240 saw road china grove nc 28023
2240 saw road china grove, NC 28023

Paul Rice
5745 Spring Gate Court
Concord, NC 28027-4608

Pedro Martinez Jr.
2120 Bradshaw Rd
Mooresville, NC 28115-8381

Penske Racing Shocks
150 Franklin Street
Reading, PA 19602-1056

Performance Friction
P.O. Box 300077
Duluth, GA 30096-0300

Performance Mold Products
N116 W18515 Morse Drive
Germantown, WI 53022-6334

Phantom Racing Chassis
4010 Hwy 152 West
China Grove, NC 28023-6775

Phil's Starter & Alternator
P.O. Box 190
Cherryville, NC 28021-0190

Piedmont Fasteners
812 South Main Street
Hwy 21 South
Troutman, NC 28166-8514

Piedmont Forklift Handling, Inc
120 S. Oakland Avenue
Statesville, NC 28677-5047

Piedmont Plastics
5010 West W.T. Harris Blvd
Charlotte, NC 28269-1861

Pit Boss Aluminum Jacks
7929 Lincoln Avenue
Riverside, CA 92504-4420

PrePass
P.O. Box 52774
Phoenix, AZ 85072-2774

Precision Products
P.O. Box 1229
Arden, NC 28704-1229

Precision Products Performance Center
P.O. Box 1229
Arden, NC 28704-1229

Premier Transportation and Warehousing,
8916 A Pioneer Ave
Charlotte, NC 28273-6470

Preston Wilson
137 Jacobs Wood Circle
Troutman, NC 28166-9506

Pro Cal Professional Decals
P.O. Box 603355
Charlotte, NC 28260-3355

Pro System Inc
121 Oak Park Drive
Mooresville, NC 28115-7811

Pro-Fabrication, Inc
4328 Triple Crown Drive SW
Concord, NC 28027-8978

Professional Race Services
P.O. Box 915
Thomasville, NC 27361-0915

Progressive
P.O. Box 105428
Atlanta, GA 30348-5428

Queen City Lawn & Landscaping
P.O. Box 1478
Huntersville, NC 28070-1478

RCR Race Operations, LLC
P.O. Box 1189
Welcome, NC 27374-1189

RJ Waste & Recovery Inc
9925 Metromont Ind. Blvd
Charlotte, NC 28269-7609

Race Engines Plus LLC
7100 Weddington Road
Concord, NC 28027-3412

Race Engines Plus LLC
c/o Kenneth B. Dantinne
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215

Race Engines Plus, LLC
Kenneth B. Dantinne
525 North Tryon Street
Suite 1400
Charlotte, NC 28202-0215

Race Engines Plus, LLC
c/o Derek P. Adler
DeVore Acton & Stafford PA
438 Queens Road
Charlotte, NC 28207-1422

Race Team Alliance Inc.
13420 Reese Blvd. West
Huntersville, NC 28078-7925

Raetech Motorsports, Inc
4750 Venture Drive, Suite 100
Ann Arbor, MI 48108-9505

Raymond Hanna
403 North Buckoak Street
Stanley, NC 28164-1400

Rebecca Santosuosso
14737 Old Vermillion Road
Huntersville, NC 28078-5335

Red Horse Racing
125 Byers Creek Road
Mooresville, NC 28117-4376

Renton Coil Spring Co., Inc
425 S. 7th Street
Renton, WA 98057-2504

Restoration Capital
42637 Bradford Telegraph Court
Chantilly, VA 20152-6323

Richard Claveloux
184 Water Ski Drive
Statesville, NC 28677-8732

Richard L. Robertson
2730 E W.T. Harris Blvd
Charlotte, NC 28213-4110

Richard L. Robertson
2730 East W.T. Harris Blvd.
Suite 101
Charlotte, NC 28213-4063

Richard L. Robertson
Robertson & Associates
2730 East W.T. Harris Blvd.
Suite 101
Charlotte, NC 28213-4063

Rick Bouregeois
15128 Alexander Place Drive
Huntersville, NC 28078-3208

Robert A Muckenfuss
McGuireWoods
201 N Tryon Street Ste 3000
Charlotte, NC 28202-2146

Robert Jeffrey
334 # Kearney
PMB 292
Springfield, MO 65803

Robert Jeffrey
334 E Kearney
PMB 292
Springfield MO 65803-3018

Robert Jeffrey
6411 Bay Harbor Lane
Indianapolis, IN 46254-4515

Roehrig Engineering, Inc.
P.O. Box 856660
Minneapolis, MN 55485-6660

Ron Devine
6320 Augusta Drive Ste 1400
Raleigh, NC 27615

Ron Devine
6320 Augusta Drive Ste 1400
Springfield, VA 22150-2523

Ron Graves
122 Gray Barn Drive
Troutman, NC 28166-7702

Ron Ingalls
Ingalls Refinery LLC
210 Senior Circle
Lompoc, CA 93436-1491

Ronald A. Skufca
Matthew C. Dellinger
Skufca Law PLLC
1514 S. Church Street, Suite 101
Charlotte, NC 28203-4265

Ronald C. Devine
6403 Burke Woods Court
Burke, VA 22015-3932

Ronald C. Graves
122 Gray Barn Drive
Troutman, NC 28166-7702

Ronald G. Ingalls
210 Senior Circle
Lompoc, CA 93436-1491

RoushYates Proformance Products
122 Knob Hill Road
Mooresville, NC 28117-6847

Russo's Tinting, Inc
P.O. Box 1028
Denver, NC 28037-1028

Rust Busters
317 Cove Creek Loop
Mooresville, NC 28117-8935

Ryan A. Richmond
404 S. East Avenue
Kannapolis, NC 28083-4433

Ryan Dubois
14737 Old Vermillion Road
Huntersville, NC 28078-5335

Ryan Richmond
404 S East Ave.
Kannapolis, NC 28083-4433

Ryan Tuttle
613 Southhampton Drive NW
Concord, NC 28027-4282

SRI-Trackside Services
P.O. Box 5478
Mooresville, NC 28117-0478

SWM International, Inc
P.O. Box 1794
Pampa, TX 79066-1794

Safety Kleen
PO Box 382066
Pittsburgh, PA 15250-8066

Schiavone Electronic Labs, Inc.
21 McKinley Avenue
Blackwood, NJ 08012-5355

Schultz Engineered Products
2530 Asbury Avenue
Neptune, NJ 07753-2501

Scott King
216 Devon Forest Drive
Mooresville, NC 28115-7963

Signals Seals & Fasteners
P.O. Box 1135
Mooresville, NC 28115-1135

Simpson Performance Products
328 FM306
New Braunfels, TX 78130-2556

Simpson Performance Products
330 South Main Street
Mooresville, NC 28115-3262

Snider Fleet Solutions
200 East Meadowview Road
Greensboro, NC 27406-4521

Southeast Thermal Systems, LLC
8925 Steinbeck Court
Charlotte, NC 28216-1652

Southern National Motorsports Park, LLc
8071 Newsome Mill Road
Lucama, NC 27851-9021

Speedway Children's Charities
SCC National Office
5555 Concord Parkway South
Smith Tower, Suite 302
Concord, NC 28027-4600

Speedway Fabrication, Inc
239 Hawks Prey Drive
Mooresville, NC 28115-8265

Spire Sports + Entertainment, LLC
P.O. Box 638
Cornelius, NC 28031-0638

Sport Venture Group LLC
PO Box 2330
Mount Pleasant, SC 29465-2330

Sport Venture Group LLC
c/o The Lynch Racing Co.
3022 Morgans Point Road Suite 196
Mount Pleasant, SC 29466-7189

Springfield Tower Inc
6320 Augusta Drive Suite 1400
Springfield, VA 22150-2523

Springfield Tower, Inc.
Attn: Ronald C. Devine
6320 Augusta Drive
Suite 1400
Springfield, VA 22150-2523

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Staples Advantage
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386

Stephanie Killian
Homesley & Wingo Law Group PLLC
330 S. Main Street
Mooresville, NC 28115-3262

Stephen Gleason
1331 Riverwood Drive
Lexington, NC 27292-8862

Sterling Foundation Management LLC
12030 Sunrise Valley Drive Ste 450
Reston, VA 20191-3400

Steven J. Bildman
24730 Half Pone Point Road
Hollywood, MD 20636-2950

Stitch 98
154 Talbert Pointe Road, Suite 101
Mooresville, NC 28117-4312

Strange Oval
8300 North Austin Avenue
Morton Grove, IL 60053-3209

Sun Trust
P.O. Box 79079
Baltimore, MD 21279-0079

Sunnen
7910 Manchester Road
Saint Louis, MO 63143-2793

Supershoe LLC
4537 Orphanage Rd
CONCORD, NC 28027-9633

Supply Chain Services, LLC
P.O. Box 281885
Atlanta, GA 30384-1885

TKR, LLC
155 Franklin Drive
Mooresville, NC 28115-5742

Tachyon Networks Inc
9339 Carroll Park Drive #150
San Diego, CA 92121-3278

Terminix Service, Inc
3618 Fernandina Road
Columbia, SC 29210-5221

Terminix Service, Inc.
513 E. Hebron Street
Charlotte, NC 28273-5990

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Motor Speedway
Attn: Bobby Newman
P.O. Box 500
Ft. Worth, TX 76101-2500

The Bond Exchange
14045 Ballantyne Corporate Place
Suite 525
Charlotte, NC 28277-3869

The Decal Source
804 Knox Road
McLeansville, NC 27301-9227

The Lynch Racing Co
Division of Sport Venture Group LLC
PO Box 2330
Mount Pleasant, SC 29465-2330

Thermal Control Products
6324 Performance Drive
Concord, NC 28027-3426

Thomas Tucker
1584 May Fair Drive
Conover, NC 28613-9282

Thornburg 7865 LLC
6320 Augusta Drive Suite 1400
Springfield, VA 22150-2523

Thornburg Machine & Repair
121 Printhad Road
Dallas, NC 28034-8785

Tilton Engineering
25 Easy Street
Buellton, CA 93427-9566

Timeless Custom Garage, LLC
131 Ridgecliff Drive
Statesville, NC 28677-9000

Timmy Baker
1262 Sheares Road
Mooresville, NC 28115-5720

Timmy Baker
746 Patterson Farm Road
Mooresville, NC 28115-8277

Timothy Kean
131 Forest Ridge Rd
Mooresville, NC 28117-6519

Timothy Rizer
5905 River Drive
Lorton, VA 22079-4128

Toby Whealdon
8602 Forest Shadow Circle
Cornelius, NC 28031-9277

Toll-By-Plate
P.O. Box 105477
Atlanta, GA 30348-5477

Tommy Baldwin
296 Cayuga Road
Mooresville, NC 28117-8179

Toyota Racing Development
1125 Competition Drive
Salisbury, NC 28146-7457

Trailers of the East Coast
418 Interstate Drive
Mocksville, NC 27028-4192

Travel Agents International
330 NE 42nd Street
Oakland Park, FL 33334-1407

Travis Kvapil
132 Sagewood Drive
Mooresville, NC 28115-8030

Tri Tec Seal, LLC
4141 West Grand Blanc Road
Swartz Creek, MI 48473-9111

TriStar Motorsports
330 Aviation Drive
Statesville, NC 28677-2509

Triad Racing Technologies
235 Raceway Drive
Mooresville, NC 28117-6510

Triad Racing Technologies, LLC
P.O. Box 3545
235 Raceway Drive
Attn: Martin N. Gaunt
Mooresville, NC 28117-6510

Triad Racing Technologies, LLC
PO Box 3545
235 Raceway Drive
Mooresville, NC 28117-6510

Troy J Stafford
DeVore Acton & Stafford
438 Queens Road
Charlotte, NC 28207-1422

Troy Roselles
9048 Avebury Drive Apt H
Charlotte, NC 28213-3149

Turn One High Performance
P.O. Box 64
Frankenmuth, MI 48734-0064

U.S. Attorney's Office
227 West Trade Street
Suite 1650
Charlotte, NC 28202-1698

U.S. Securities Exchange
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

US Cutting and Cleaning Fluids
P.O. Box 128
Dallas, NC 28034-0128

Union Bank & Trust
c/o David M. Schilli
Robinson Bradshaw & Hinson P A
101 N Tryon Street Ste 1900
Charlotte, NC 28246-0106

Union Bank & Trust
c/o Michael D. Mueller, Esq.
Christian & Barton, LLP
909 E. Main Street, Sutie 1200
Richmond, VA 23219-3013

United Race Parts, LLC
150 Ostwalt Amity Road
Building D-101
Troutman, NC 28166-8793

United States Attorney
227 West Trade Street Suite 1700
Charlotte, NC 28202-1675

Universal Premium Fleet Card
P.O. Box 70995
Charlotte, NC 28272-0995

Universal Tool & Gage
254 Spring Run Drive
Mooresville, NC 28117-8133

Vince A Veccharino
Millennium VIP Group Inc
275 E Tropicana Avenue
Las Vegas, NV 89169-7367

Virginia Racers Group LLC
c/o Brenda S Devine
6320 Augusta Road Flr 15
Springfield, VA 22150-2523

Virginia Racers Group, LLC
6320 Augusta Drive
Suite 1500
Springfield, VA 22150-2533

Virginia Racers Group, LLC
Attn: Brenda S. Devine
6320 Augusta Drive
Suite 1500
Springfield, VA 22150-2533

Virginia Racers Group, LLC
c/o Brenda S Devine
6320 Augusta Drive
Suite 1500
Springfield, VA 22150-2533

Virginia Racers Group, LLC
c/o John F Pitrelli, Registered Agent
13135 Lee Jackson Memorial Highway Ste 1
Fairfax, VA 22033-1907

Watson Electric Co Inc
PO Box 467
Huntersville, NC 28070-0467

Weaver Media, LLC
810 Welch Road
Commerce Chater Twp, MI 48390-3814

Webster Book LLP
Attn: Steven T Webster Esq
300 N Washington Street Suite 404
Alexandria, VA 22314-2550

Winberg Crankshafts
333 W 48th Avenue
Denver, CO 80216-1803

Winberg Precision
2190 S Jason Street
Denver, CO 80223-4005

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Windstream
PO Box 9001950
Louisville, KY 40290-1950

Windstream Communications
P.O. Box 9001950
Louisville, KY 40290-1950

Wyatt Law, PLLC
Post Office Box 12352
Raleigh, NC 27605-2352

Yeley Racing Corp
121 Leeward Shoals Lane
Mooresville, NC 28117-8917

Yeley Racing Corp
8124 Parkton Gate Drive
Huntersville, NC 28078-4843

Zachary R Case
432 Riverwald Drive NW
Concord, NC 28027-2540


iDNS
924 Bergen Ave Suite #289
Jersey City, NJ 07306-3018

ronald g ingalls
210 senior cir
Lompoc, ca 93436
210 senior cir Lompox,, CA 93436-1491

Matthew W. Smith
The Finley Group
212 South Tryon St.
Suite 1050
Charlotte, NC 28281-0003


Michael Wright
295 Overcash Road
Troutman, NC 28166-8774

Ronald Ingalls
c/o Bell, Davis & Pitt, P.A.
227 West Trade Street
Suite 1800
Charlotte, NC 28202-2665


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d) Internal Revenue Service
Cincinnati, OH 45999-0039

PSNC Energy
P.O. Box 100256
Columbia, SC 29202-3256

Sprint
P.O. Box 4181
Carol Stream, IL 60197


Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Delphi Packard
5725 Delphi Drive
Troy, MI 48098-2815


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u) Iron Horse Auction Company, Inc.

(u) NASCAR Event Management, Inc.

(u) National Association for Stock Car Auto Ra

(u)The Finley Group, Inc.

(u)USA/IRS

(d)A&R Foods, Inc.
6320 Augusta Drive
Suite 1400
Springfield, VA 22150-2523


(d)Airtight Facilitech
1338 Hundred Oaks Drive Ste C
Charlotte, NC 28217-4067

(d)Annemarie DiNardo Cleary
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street
Suite 1300
Richmond, VA 23219-4624

(d)Arrow Composites, LLC
PO Box 392
Harrisburg, NC 28075-0392


(d)Beth B. Carter
The Law Offices of Beth B. Carter PLLC
P.O. Box 1553
Denver, NC 28037-1553

(d)Bluewater Partners, LLC
150 Kevin Drive
Troutman, NC 28166-8683

(d)Bluewater Partners, LLC
PO Box 7137
Statesville, NC 28687-7137


(d)Champion Tire & Wheel, Inc.
11106 Treynorth Drive
Cornelius, NC 28031-8190

(d)Champion Tire & Wheel, Inc.
11106 Treynorth Drive
Cornelius, NC 28031-8190

(d)City of Charlotte
PO Box 1316
Charlotte, NC 28201-1316


(d)Components USA
PO Box 13254
Newark, NJ 07101-3254

(u)Corey Rosinsky

(u)Dalana Parker


(d)Douglas S. Fritz
9610 Rayneridge Drive
Huntersville, NC 28078-7668

(d)Enterprise Holdings Inc
PO Box 840173
Kansas City, MO 64184-0173

(d)Enviro-Master
PO Box 12350
Charlotte, NC 28220-2350


(u)James Roland

(d)James, McElroy & Diehl, PA
525 N. Tryon Street
Suite 700
Charlotte, NC 28202-0204

(u)John Zeggert


(u)Josh Horton

(u)Mark Randall

(d)NASCAR Event Management, Inc.
Attn: General Counsel
One Daytona Boulevard
Daytona Beach, FL 32114-1212


(d)NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0002

(d)NC Department of Revenue
PO Box 25000
Raleigh, NC 27640-0002

(d)Nathaniel David Tallman
1554 Broderick Street NW
Concord, NC 28027-3530


(d)Nelson Mullins Riley & Scarborough, LLP
c/o B. Keith Poston
P.O. Box 11070
Columbia, SC 29211-1070

(d)PLIC- SBD GRAND ISLAND
P.O. Box 10372
Des Moines, IA 50306-0372

(u)Panki Racing Systems UK Ltd
Industriestra Be West 4
Kapfenberg
A-8605

(d)Patrick Cole
149 single Oak dr
Troutman, NC 28166-8764

(d)Pedro Martinez Jr.
2120 Bradshaw Road
Mooresville, NC 28115-8381

(d)Precision Products
PO Box 1229
Arden, NC 28704-1229

(d)Precision Products Performance Center
POB 1229
Arden NC 28704-1229

(d)Race Engines Plus, LLC
c/o Derek P. Adler, Esq.
DeVore, Acton & Stafford PA
438 Queens Road
Charlotte, NC 28207-1422

(d)Race Team Alliance Inc.
13420 Reese Blvd. West
Huntersville, NC 28078-7925

(d)Richard L. Robertson
Robertson & Associates
2730 East W.T. Harris Blvd.
Suite 101
Charlotte, NC 28213-4063

(u)Richard Terry

(u)Robert Brooks

(d)Robert Jeffrey
334 E Kearney
PMB 292
Springfield, MO 65803-3018

(d)Signals Seals & Fasteners
PO Box 1135
Mooresville, NC 28115-1135

(d)Simpson Performance Products, Inc.
330 South Main Street
Mooresville, NC 28115-3262

(d)Supershoe LLC
4537 Orphanage Road
Concord, NC 28027-9633

(d)Timothy Kean
131 Forest Ridge Road
Mooresville, NC 28117-6519

(u)Union Security Insurance

(d)Watson Electric Co., Inc
P.O. Box 467
Huntersville, NC 28070-0467

(d)Winberg Precision
2190 S. Jason Street
Denver, CO 80223-4005

(d)Windstream
PO Box 9001908
Louisville, KY 40290-1908

(u)Douglas Spees

End of Label Matrix
Mailable recipients    427
Bypassed recipients     52
Total                  479