**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BK RACING, LLC,** | ) | Case No. 18-30241 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Race Engines Plus, LLC ("REP") filed an *Objection to Ex Parte Motion to Shorten Notice (Related to Bid Procedures Motion) or, in the Alternative, Motion for Reconsideration* (the "Motion").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing on Plaintiff's Motion will be held before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 1-4, 401 West Trade Street, Charlotte, North Carolina on **July 24, 2018 at 9:30 a.m.** or such time thereafter as the Motion may be called for hearing.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion. No further notice of the hearing on the Motion will be given.


Date:   July 17, 2018
Charlotte, North Carolina

HAMILTON STEPHENS
STEELE + MARTIN, PLLC


*/s/ Glenn C. Thompson*
Glenn C. Thompson, NC Bar No. 37221
Kenneth B. Dantinne, N.C. Bar No. 47677
525 North Tryon Street, Suite 1400
Charlotte, NC 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
gthompson@lawhssm.com
kdantinne@lawhssm.com
*Counsel for Race Engines Plus, LLC*


{00414342.DOCX V. R311.025432;}