FILED & JUDGMENT ENTERED
Steven T. Salata

August 16 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re: | |
| | Case Number:  18-30241 |
| **BK Racing, LLC**, | |
| | Chapter 11 |
| Debtor. | |

### SUPPLEMENTAL ORDER AMENDING SALE PROCEDURES

THIS MATTER came before the Court on August 14, 2018 for a status hearing on the Court's *Order (I) Approving Bidding and Sale Procedures in Connection with the Sale of Charter and Related Assets, (II) Approving Agreement with Stalking Horse Bidder, and (III) Scheduling Competitive Sale and Sale Approval Hearing* (D.E. 172) (the "Sale Procedures Order"). Based upon the presentations of counsel made during the status hearing, the Court hereby amends the Sale Procedures Order as follows:

1.      Those parties who timely submitted cash bids for the Race Team Assets[1] before the initial Bid Deadline of August 13, 2018 at 4:00 p.m. Eastern Time shall have until August 15, 2018 at 5:00 p.m. Eastern Time to cure any deficiencies with the bid identified by the Trustee and to otherwise ensure that the bid meets the Qualified Bid Requirements.

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings prescribed in the Sale Procedures Order.

1

2.      The deadline in Paragraph 8(q) of the Sale Procedures Order for the Trustee to send a written invitation to the Competitive Sale to all Qualified Bidders who have submitted a Qualified Bid shall be extended to August 17, 2018.

3.      The Trustee shall send an itemized listing of all assets meeting the Sale Procedures Order's definition of "Champion Assets," "Surplus Assets," and "REP Assets" to all parties submitting bids that could potentially meet the definition of a "Qualified Bid" immediately upon entry of this Order.

4.      From and after the entry of this Order, any reference to the Bidding and Sale Procedures in the Sale Procedures Order or elsewhere shall be a reference to the Bidding and Sale Procedures after giving effect to the amendments set forth in this Order.

5.      Except as expressly amended herein, the Bidding and Sale Procedures and the Sale Procedures Order shall each remain in full force and effect.

**IT IS SO ORDERED**.

**This Order has been signed**                                      **United States Bankruptcy Court**
**electronically.  The judge's**
**signature and court's seal**
**appear at the top of the Order.**

2