Case no. 18-30241

Chapter 11

Re: BK Racing, LLC debtor

Pursuant to the: Amendment to interim application for compensation (doc71) and application for final fees and expenses by The Henderson Law Firm

On behalf of :

BK Racing, LLC

Ronald C. Devine, et al

We object to The Henderson Law Firm Fees and request a hearing.

Thank You,

*[signature]* 2/7/2019

Ronald C. Devine   Pro Se