FILED & JUDGMENT ENTERED
Steven T. Salata

March 27 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

In re:

BK Racing, LLC,

Debtor.

Case Number: 18-30241

Chapter 11

## *EX PARTE* CONSENT ORDER AUTHORIZING TRUSTEE TO SATISFY ADMINISTRATIVE EXPENSE USING CASH COLLATERAL

THIS MATTER comes before the Court on the *Trustee's* Ex Parte *Application for Authority to Satisfy Administrative Expense Using Cash Collateral* (the "Application"), which has the consent of Union Bank & Trust and the Internal Revenue Service, creditors in this bankruptcy case with secured claims against funds that the Trustee seeks to use to repay a $24,278.00 critical advance made by The Finley Group, Inc. to the bankruptcy estate in this case. Based on a review of the record in this case and the contents of the Application, the Court finds and concludes that the Application should be approved.

**IT IS, THEREFORE, ORDERED** that the Application is APPROVED and the Trustee is authorized to reimburse The Finley Group, Inc. $24,278.00 as an administrative expense using the secured creditors' cash collateral.

APPROVED FOR ENTRY BY:

| | |
|---|---|
| By: */s/ Michael L. Martinez* <br> Grier & Crisp, PA <br> Michael L. Martinez (Bar No. 39885) <br> 101 North Tryon Street, Suite 1240 <br> Charlotte, NC  28246 <br> Phone:  (704) 332-0207 <br> Fax:  (704) 332-0215 <br> Email: mmartinez@grierlaw.com <br><br> *Attorneys for the Trustee* | By: */s/ James M. Sullivan* <br> The Office of the United States Attorney <br> James M. Sullivan (Bar No. 17811) <br> 227 West Trade Street, Suite 1650 <br> Charlotte, NC  28202 <br> Phone:  (704) 344-6222 <br> Fax:  (704) 344-6629 <br> Email: james.sullivan2@usdoj.gov <br><br> *Assistant United States Attorney* |

By: */s/ David M. Schilli*
Robinson, Bradshaw & Hinson, P.A.
David M. Schilli (Bar No. 17989)
101 North Tryon Street, Suite 1900
Charlotte, NC  28246-1900
Phone:  (704) 377-2536
Fax:  (704) 378-4000
Email: dschilli@robinsonbradshaw.com

*Attorneys for Union Bank & Trust*

**SO ORDERED.**

| | |
|---|---|
| **This Order has been signed Electronically.  The judge's signature and court's seal appear at the top of the Order.** | **United States Bankruptcy Court** |

2