**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| In re:<br><br>BK Racing, LLC,<br><br>Debtor. | Case Number: 18-30241<br><br>Chapter 11 |

**TRUSTEE'S FIRST OMNIBUS REPORT OF CLAIMS, OBJECTIONS TO CLAIMS
AND RECOMMENDATIONS REGARDING CLAIMS
<u>FILED OR SCHEDULED AS EMPLOYEE WAGE CLAIMS</u>**

Matthew W. Smith, the duly appointed trustee in the above-referenced bankruptcy case (the "Trustee"), through counsel, and pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, hereby files this report of claims, objection to claims, and recommendations regarding employee wage claims either filed or scheduled as employee wage claims in the Debtor's case (the "Objection"). This **Objection applies only to the claims listed herein and is not a statement as to the Trustee's position on the validity, allowance, or disallowance of any claim not listed below**. The Trustee moves the Court for approval of proposed treatment of employee wage claims as outlined in this Objection, and in support, respectfully represents as follows:

1. **The Trustee objects to the following claims:**

| | | | |
|---|---|---|---|
| Claim No. 49 | Jason Burgess | Claim No. 54 | Jeffrey Lemons |
| Claim No. 17 | Patrick Cole | Claim No. 14 | Joshua Martin |
| Claim No. 75 | patrick Donahue | Claim No. 13 | 121 Shadow Woods Road |
| Claim No. 25 | LeeAnnDetrick Egolf | Claim No. 55 | Bernis Paul Rice |
| Claim No. 5 | Douglas S. Fritz | Claim No. 62 | CoreyAlan Rosinsky |
| Claim No. 36 | Patrick Gaddy | Claim No. 56 | Justin William Roth |
| Claim No. 70 | Stephen Gleason | Claim No. 63 | Thomas J Tucker |
| Claim No. 11 | Robert Jeffrey | Claim No. 72 | Preston Wilson |
| Claim No. 77 | Mark Keeteman | Claim No. 73 | PrestonWilson |

2. The Trustee's Objection addresses employee wage claims either scheduled or filed in the Debtor's bankruptcy papers filed with the Bankruptcy Court, including any such claims that have been tendered since the deadline for claims in this case, April 26, 2018, but before the date of this Objection.

3. Pursuant to 11 U.S.C. § 507(a)(4), to the extent otherwise allowable, employee wage claims are entitled to treatment as priority unsecured claims for up to a maximum amount of $12,850.00 if such claims relate to wages or commissions earned within 180 days before the debtor's bankruptcy petition date. In this case, the Debtor's petition date was February 15, 2018 (the "Petition Date"). Accordingly, only wages and commissions earned between August 19, 2017 and the Petition Date would fall within the 180-day period applicable to priority wage

1

claims. Claims for wages and commissions earned before August 19, 2017 constitute general unsecured claims to the extent that those claims are otherwise allowable.

  4. The following are types of claims that are objectionable under the Bankruptcy Code and Rules, and the Trustee's objections to certain claims listed in this Objection may be based on any of the grounds listed below as well on any other basis specified herein.

  (a) Claims that duplicate other claims;
  (b) Claims that were filed in the wrong case;
  (c) Claims that were not timely filed;
  (d) Claims that have been satisfied or released;
  (e) Claims that are in such form as to make it impossible to determine the validity of the claim or claims that do not comply with the applicable rules relative to proofs of claim;
  (f) Claims that assert equity interests and are not properly asserted as claims;
  (g) Claims that assert priority in amounts that exceed the maximum allowable pursuant to 11 U.S.C. § 507.

  5. The Trustee recommends the following treatment of claims in this case:

| Claim No. | Claimant | Amount and Classification | Reason for Objection | Proposed Treatment |
|---|---|---|---|---|
| 65 | Timmy Baker<br>746 Patterson Farm Road<br>Mooresville, NC 28115 | $4,290.00<br>Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 30 | Matthew T. Blankenship<br>2026 Perth Road<br>Mooresville, NC 28117-8447 | $12,000.00<br>Priority Unsecured<br>$36.00<br>General Unsecured | N/A | Allow as a priority unsecured claim in the amount of $12,000.00; allow as a general unsecured claim in the amount of $36.00. |
| 59 | Richard Bourgeois<br>15128 Alexander Place Dr.<br>Huntersville, NC 28078<br><br>Richard Bourgeois<br>PO Box 758<br>Huntersville, NC 28070 | $12,400.00<br>Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |

| | | | | |
|---|---|---|---|---|
| 64 | Kathy L. Burch<br>20100 Washam St.<br>Cornelius, NC 28031 | $4,920.00<br>Priority<br>Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 49 | Jason Burgess<br>9609 Waltham Court<br>Charlotte, NC 28269 | $9,091.00<br>Priority<br>Unsecured | Objection based on 4(g). A portion of this claim is not entitled to priority treatment. Trustee proposes to allow claim as a priority unsecured claim in the amount of $8,972.00 and to reclassify remaining $119.00 as a general unsecured claim. | Allow as a priority unsecured claim in the amount of $8,972. Allow as a general unsecured claim in the amount of $119.00. |
| 75 | Richard Claveloux<br>184 Water Ski Drive<br>Statesville, NC 28677 | $12,798.00<br>Priority<br>Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 17 | Patrick Cole<br>149 single Oak dr<br>Troutman, NC 28166 | $24,084.00<br>Priority<br>Unsecured | Objection based on 4(e). Proof of claim filed without documentation of claim amount and exceeds allowable priority amount. The Trustee proposes that the claim be allowed as an unsecured priority claim for $12,850.00 and that the remainder of the claim be reclassified and allowed as a general unsecured claim. | Allow as a priority unsecured claim in the amount of $12,850.00; allow as a general unsecured claim in the amount of $11,234.00; |
| 50 | Andrew Combs<br>133 Eagle Court<br>Mooresville, NC 28117 | $6,327.80<br>Priority<br>Unsecured | N/A | Allow in full as a priority unsecured claim. |

| | | | | |
|---|---|---|---|---|
| 74 | patrick donahue<br>16204 Winnow Crt<br>cornelius, NC 28031 | $12,850.00 Priority Unsecured<br>$7,688.00 General Unsecured | Objection based on 4(e). Proof of claim filed without documentation of claim amount. Debtor's records support a priority claim for $9,000.00. Trustee proposes that remainder of claim be reclassified and allowed as a general unsecured claim. | Allow as an unsecured priority claim in the reduced amount of $9,000.00; allow as a general unsecured claim in the amount of $11,538.00. |
| 51 | Ryan K. DuBois<br>14737 Old Vermillion Dr.<br>Huntersville, NC 28078 | $12,850.00 Priority Unsecured<br>$44,111.28 General Unsecured | Objection based on 11 U.S.C. § 502(d). This claim will be addressed in a separate Order. | To be addressed in a separate Order. |
| 25 | LeeAnn Detrick Egolf<br>4830 Westgate Drive<br>Cumming, GA 30040 | $12,850.00 Priority Unsecured<br>$44,050.00 General Unsecured | Objection based on 4(e) and 4(g). Documents attached to proof of claim indicates that claim dates to 10/27/2016. Debtor's records indicate that commissions earned within 180 days of the Petition Date totaled $7,500.00, and that amount qualifies for priority treatment. The Trustee proposes that remainder of claim be reclassified and allowed as a general unsecured claim. | Allow as an unsecured priority claim in the reduced amount of $7,500; reclassify and allow claim as a general unsecured claim in the amount of $49,400.00. |

| | | | | |
|---|---|---|---|---|
| 68 | Eric Fear<br>153 Fairview Rd. #201<br>Mooresville, NC 28117 | $6,675.00<br>Priority Unsecured | N/A | Allow in full as priority unsecured claim. |
| 5 | Douglas S. Fritz<br>9610 Rayneridge Drive<br>Huntersville, NC 28078-7668 | $34,419.81<br>Priority Unsecured | Objection based on 4(g). Claim documents indicate that total claim amount is overstated and should be $31,099.51. Of that amount, $12,850.00 is allowable as a priority unsecured claim, and $18,249.51 is allowable as a general unsecured claim. Trustee proposes to reclassify claim and allow in those amounts. | Allow as a priority unsecured claim in the amount of $12,850.00. Reclassify remaining claim as a general unsecured claim and allow in the amount of $18,249.51. |
| 36 | Patrick Gaddy<br>2240 saw road china grove nc 28023<br>2240 saw road china grove, NC 28023 | $5,250.00<br>General Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that claim is entitled to priority unsecured treatment. Trustee proposes to reclassify claim. | Allow in full as a priority unsecured claim. |
| 70 | Stephen Gleason<br>1331 Riverwood Drive<br>Lexington, NC 27292 | $12,850.00<br>Priority Unsecured<br>$14,796.62<br>General Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that claim is overstated. Trustee proposes that claim be allowed as a priority unsecured claim in the amount of $12,850.00 and as a general unsecured claim in the amount of $13,150.00. | Allow as a priority unsecured claim in the amount of $12,850.00; allow as a general unsecured claim in the amount of $13,150.00. |

| | | | | |
|---|---|---|---|---|
| 60 | Klint Green<br>150 Lancelot Circle<br>Salisbury, NC 28147 | $12,850.00 Priority Unsecured<br>$3,250.00 General Unsecured | N/A | Allow as a priority unsecured claim in the amount of $12,850.00; allow as a general unsecured claim in the amount of $3,250.00. |
| | Omar Grimaldo<br>212 Day Dock Loop<br>Mooresville, NC 28117 | $2,734.51 Priority Unsecured | N/A<br>Claim based on schedules. | Allow in full as a priority unsecured claim. |
| 66 | Raymond Phillip Hanna<br>403 North Buck Oak Street<br>Stanley, NC 28164 | $3,600.00 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 52 | Michael Harrold<br>1021 Oak Ridge Farm Highway<br>Mooresville, NC 28115 | $11,400.00 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 53 | Joshua Horton<br>9724 Cadman Ct<br>Cornelius NC 28031 | $1,206.08 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 67 | Kenneth Humel<br>200 Shady Cove Road<br>Troutman, NC 28166 | $400.00 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 76 | Earl Thomas Jadro<br>4534 Pebblebrook Circle<br>Concord, NC 28027 | $400.00 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |

| | | | | |
|---|---|---|---|---|
| 11 | Robert Jeffrey<br>334 E Kearney<br>PMB 292<br>Springfield MO 65803 | $16,131.95<br>Priority<br>Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that claim is inflated by pre- and post-petition interest charges that are not allowable. Claim includes bank fees totaling $385.00. Trustee proposes that claim be allowed as a priority unsecured claim for $12,400.00 and as a general unsecured claim for $385.00. | Allow as a priority unsecured claim in the amount of $12,400.00; allow as a general unsecured claim in the amount of $385.00. |
| | Joseph D. Jones<br>115 Turtle Dove Lane<br>Statesville, NC 28677 | $6,160.92<br>Priority<br>Unsecured | N/A<br>Claim based on schedules. | Allow in full as a priority unsecured claim. |
| 4 | Timothy Kean<br>131 Forest Ridge Rd<br>Mooresville, NC 28117 | $5,112.66<br>Priority<br>Unsecured | N/A | Allow in full as priority unsecured claim. |
| 77 | Mark Keeteman<br>260 Knoll View Dr.<br>Salisbury NC 28147 | $7,637.00<br>Priority<br>Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that priority claim amount is $7,500.00. Remainder of claim reflects a general unsecured claim. | Allow as a priority claim in the amount of $7,500.00; allow as a general unsecured claim for $137.00. |
| 57 | Scott King<br>121 Wildeman Trail<br>Statesville, NC 28625 | $5,000.00<br>Priority<br>Unsecured | N/A | Allow in full as a priority unsecured claim. |

| | | | | |
|---|---|---|---|---|
| 54 | Jeffrey Lemons<br>2619 Hopewell Church Road<br>Sherrills Ford, NC 28673 | $12,850.00 Priority Unsecured<br>$10,890.94 General Unsecured | Objection based on 4(e). Documents attached to proof of claim indicate that priority unsecured wage claim totals $9,600.00. Trustee proposes that claim be allowed as a priority wage claim in that amount. Claim documents include $890.83 for bank fees related to payroll checks; the Trustee proposes that this amount be allowed as a general unsecured claim. Remainder of claim is not allowable. | Allow as a priority unsecured claim in the reduced amount of $9,600.00; allow as a general unsecured claim in the reduced amount of $890.83. |
| | Adam Long<br>366 Longs Road<br>Tar Heel, NC 28392 | $3,786.16 Priority Unsecured | N/A<br>Claim based on schedules. | Allow in full as a priority unsecured claim. |
| 14 | Joshua Martin<br>13023 Atkins Circle Drive<br>Suite 203<br>Charlotte, NC 28277 | $6,000.00 Priority Unsecured | Objection based on 4(e). Documents attached to proof of claim indicate that claim is overstated by $1,000. Trustee proposes that claim be allowed as priority unsecured claim in the amount of $5,000.00. | Allow as priority unsecured claim in the amount of $5,000.00 |
| 34 | Pedro Martinez Jr.<br>2120 Bradshaw Rd<br>Mooresville, NC 28115 | $14,438.48 General Unsecured | N/A | Allow in full as a general unsecured claim. |
| 16 | Cody McCray<br>3951 Picasso Ct<br>Charlotte, NC 28205 | $6,000.00 Priority Unsecured | N/A | Allow in full as an unsecured priority claim. |
| 47 | Joel Platts<br>8358 Cottsbrook Drive<br>Huntersville, NC 28078 | $7,200.00 Priority Unsecured | N/A | Allow as a priority unsecured claim in the amount of $7,200.00. |

| | | | | |
|---|---|---|---|---|
| 13 | 121 Shadow Woods Road Statesville, NC 28677<br><br>Jason Postma<br>121 Shadow Woods Road Statesville, NC 28677 | $10,286.37 Priority Unsecured | Objection based on 4(e). Claim form indicates address only; documents show name of claimant. Review of claim documents shows claim amount is overstated by $926.07. Trustee proposes to allow claim in the reduced amount of $9,360.30. | Allow as a priority unsecured wage claim in the amount of $9,360.30. |
| 55 | Bernis Paul Rice<br>5745 Spring Gate Ct.<br>Concord, NC 28027 | $12,850.00 Priority Unsecured<br>$6,350.00 General Unsecured | Objection based on 4(e). No documents supporting amount of unsecured claim was provided. Trustee proposes to allow general unsecured claim in the amount supported by Debtor's records. | Allow as a priority unsecured claim in the amount of $12,850.00; allow as a general unsecured claim in the amount of $1,849.77. |
| 69 | Douglas Thomas Richert<br>126 Harwell Rd.<br>Mooresville, NC 28117 | $12,850.00 Priority Unsecured<br>$9,265.40 General Unsecured | N/A | Allow as a priority unsecured claim in the amount of $12,850.00. Allow as a general unsecured claim in the amount of $9,265.40. |
| 35-2 | Ryan Richmond<br>404 S East Ave.<br>Kannapolis, NC 28083 | $6,000.00 Priority Unsecured | N/A | Allow in full as a priority unsecured claim. |
| 78 | Troy Roselles<br>7506 Claymont Drive<br>Charlotte NC 28227 | $6,596.15 Unsecured Priority | N/A | Allow in full as a priority unsecured claim. |

| 62 | Corey Alan Rosinsky<br>Corey Rosinsky<br>134 LynnBrook St.<br>Mooresville, NC 28117 | $5,714.34<br>Priority<br>Unsecured | Objection based on 4(e).  Documents attached to proof of claim indicate that claim amount includes overdraft fees that are overstated by $12.00.  Trustee proposes to allow claim as priority unsecured claim in the amount of $5,678.34 and allow claim as a general unsecured claim in the amount of $24.00. | Allow as a priority unsecured claim in the amount of $5,678.34.  Allow as a general unsecured claim in the amount of $24.00. |
|---|---|---|---|---|
| 56 | Justin William Roth<br>10319 Johns Towne Dr<br>Charlotte NC 28210 | $3,800.00<br>Priority<br>Unsecured | Objection based on 4(e).  Documents attached to proof of claim supports a priority unsecured claim for $3,361.08. | Allow as a priority unsecured claim in the amount of $3,361.08. |
| 48 | Rebecca Santosuosso<br>14737 Old Vermillion Road<br>Huntersville, NC 28078 | $10,000.00<br>Priority<br>Unsecured | N/A | Allow in full as priority unsecured claim. |
| 19 | Douglas B Spees<br>c/o Law Offices of Beth B. Carter<br>P.O. Box 1553<br>Denver, NC 28037<br><br>Douglas B. Spees<br>3195 Lakeshore Road South<br>Denver, NC 28037 | $6,755.10<br>Priority<br>Unsecured<br>$3,295.86<br>General<br>Unsecured | N/A | Allow as a priority unsecured claim in the amount of $6,755.10.  Allow as a general unsecured claim in the amount of $3,295.86. |
| 21 | Nathaniel David Tallman<br>1554 Broderick St. NW<br>Concord, NC 28027 | $12,450.00<br>Priority<br>Unsecured | N/A | Allow in full as a priority unsecured claim. |

| | | | | |
|---|---|---|---|---|
| 63 | Thomas J Tucker<br>Thomas Tucker<br>1584 Mayfair Dr.<br>Conover, NC 28613 | $4,850.00<br>Priority<br>Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that claim is overstated by $50.00. Trustee proposes that claim be allowed as a priority unsecured claim in the amount of $4,800.00. | Allow as a priority unsecured claim in the amount of $4,800.00. |
| 71 | Jacob Richard Warlick<br>PO Box 27<br>Catawba, NC 28609 | $10,100.00<br>Priority<br>Unsecured | N/A | Allow in full as priority unsecured claim. |
| 58 | Toby Whealdon<br>8602 Forest Shawdow Circle<br>Cornelius, NC 28031 | $12,850.00<br>Priority<br>Unsecured<br>$50.00<br>General<br>Unsecured | N/A | Allow as a priority unsecured claim in the amount of $12,850.00; allow as a general unsecured claim in the amount of $50.00. |
| 72 | Preston Wilson<br>137 Jacobs Wood Circle<br>Troutman, NC 28166<br><br>Preston Wilson<br>129 Aberdeen dr<br>Troutman, NC 28166 | $636.71<br>General<br>Unsecured | Objection based on 4(a). Claim is duplicated by Claim 73. | Disallow claim. |
| 73 | Preston Wilson<br>137 Jacobs Wood Circle<br>Troutman, NC 28166 | $636.71<br>General<br>Unsecured | Objection based on 4(e). Documents attached to proof of claim indicates that claim is entitled to priority treatment. Trustee proposes to reclassify claim and allow in full. | Reclassify claim as a priority unsecured claim and allow in full. |

| 24 | Michael Wright<br>c/o Law Offices of Beth B. Carter, PLLC<br>PO Box 1553<br>Denver, NC 28037 | $9,600.00 Priority Unsecured<br>$533.00 General Unsecured | N/A | Allow as a priority unsecured claim in the amount of $9,600.00; allow as a general unsecured claim in the amount of $533.00. |

6. The Trustee's proposed treatment of employee wage claims is not an indication or statement regarding the validity of any claim not listed herein. The Trustee reserves the right to object to any such claims on any ground permitted by law or equity.

WHEREFORE, the Trustee prays that the Court will enter an Order approving the Trustee's proposed treatment of employee wage claims as set forth in this Objection and granting such other relief as is just and proper.

This is the 2d day of April, 2019.

*/s/ A. Cotten Wright*
A. Cotten Wright (State Bar No. 28162)
Grier & Crisp, PA
Attorneys for the Trustee
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Telephone: 704.375.3720; Fax: 704.332.0215
cwright@grierlaw.com
*Attorneys for the Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

In re:

BK Racing, LLC,

Debtor.

Case Number: 18-30241

Chapter 11

## NOTICE OF OPPORTUNITY FOR HEARING

TAKE NOTICE that the Trustee, through counsel, has filed his *Trustee's First Omnibus Report of Claims, Objection to Claims and Recommendations Regarding Claims Filed or Scheduled as Employee Wage Claims* (the "Objection") in the above-referenced bankruptcy case. A copy of the Objection is available from the undersigned or from the Bankruptcy Court's web site at http://www.ncwb.uscourts.gov/.

**In the Objection, the Trustee objects to the following claim(s):**

| | |
|---|---|
| **Claim No. 49** Jason Burgess | **Claim No. 54** Jeffrey Lemons |
| **Claim No. 17** Patrick Cole | **Claim No. 14** Joshua Martin |
| **Claim No. 75** patrick Donahue | **Claim No. 13** 121 Shadow Woods Road |
| **Claim No. 25** LeeAnnDetrick Egolf | **Claim No. 55** Bernis Paul Rice |
| **Claim No. 5** Douglas S. Fritz | **Claim No. 62** CoreyAlan Rosinsky |
| **Claim No. 36** Patrick Gaddy | **Claim No. 56** Justin William Roth |
| **Claim No. 70** Stephen Gleason | **Claim No. 63** Thomas J Tucker |
| **Claim No. 11** Robert Jeffrey | **Claim No. 72** Preston Wilson |
| **Claim No. 77** Mark Keeteman | **Claim No. 73** PrestonWilson |

<u>Your rights may be affected</u>. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to enter an Order approving the Motion, or if you want the Court to consider your views on the Motion, then **within 30 days** of the date of this notice, you or your attorney must do three (3) things:

1. **File with the Court a written request for a hearing at:**
   U.S. Bankruptcy Court
   401 W. Trade St.
   Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

1

2.     **On or before the date stated above for filing your written request for hearing, you must also mail or email a copy of your written request for hearing to:**

>A. Cotten Wright
>Grier & Crisp, PA
>101 North Tryon Street, Suite 1240
>Charlotte, NC 28246
>cwright@grierlaw.com

3.     **If you request a hearing, you or your attorney must attend the hearing** which would be held at **9:30 a.m. on May 14, 2019**, in the Courtroom 1-4 of the United States Courthouse, 401 W Trade Street, Charlotte, NC**.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested and may enter an order granting the relief.

**DATED** this the 2d day of April, 2019.

>*/s/ A. Cotten Wright*
>A. Cotten Wright (State Bar No. 28162)
>Grier & Crisp, PA
>101 North Tryon Street, Suite 1240
>Charlotte, North Carolina 28246
>Telephone: 704.375-3720
>Fax:     704.332.0215
>Email:  cwright@grierlaw.com
>*Attorneys for the Trustee*

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| In re:<br><br>BK Racing, LLC,<br><br>Debtor. | Case Number: 18-30241<br><br>Chapter 11 |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the *Trustee's First Omnibus Report of Claims, Objection to Claims and Recommendations Regarding Claims Filed or Scheduled as Wage Claims* and *Notice of Opportunity for Hearing* were served via U.S. Mail, postage prepaid, on those parties whose names and addresses appear above, as well as those parties who have requested electronic service in this case via electronic service.

This is the 2d day of April, 2019.

*/s/ A. Cotten Wright*
A. Cotten Wright
Grier & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246