**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| In re:<br><br>BK Racing, LLC,<br><br>　　　　　　　　　Debtor. | Case Number: 18-30241<br><br>Chapter 11 |

## REQUEST FOR HEARING

On May 1, 2019, upon the *Ex Parte* Motion of Matthew W. Smith (the "Trustee"), the Chapter 11 Trustee for BK Racing, LLC the Court entered its *Order Granting Ex Parte Motion to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Civil Procedure* (D.E. 270) authorizing the Trustee to conduct discovery as to Property Services Inc., BRC Loans, LLC, BRC Real Estate Holdings, LLC, A & R Foods Inc. and US Financial Companies, LLC (the "Entities") as well as to Ronald C. Devine and Brenda Devine (along with the Entities, the "Parties"). On May 7, 2019 the Trustee served subpoenas on the Parties pursuant to the authority granted in the Order.

On May 20, 2019 Ronald C. Devine ("Devine") filed a *Request for Protective Order From Subpoena to Produce Documents, Information, or Objects of to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "Request") (D.E. 292) and on May 22, 2019 Devine filed *Written Objections to Subpoena to Produce Documents and Affidavit of Ronald C. Devine* ("Objection") (D.E. 295).

**WHEREFORE**, the Trustee respectfully prays that—at 9:30 a.m. on June 11, 2019 in the Bankruptcy Courtroom 1-4 in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina—the Court conduct a hearing on the Request and the Objection.

This is the 22nd day of May, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Anna S. Gorman*
　　　　　　　　　　　　　　　　　　　　Anna S. Gorman (N.C. State Bar No. 20987)
　　　　　　　　　　　　　　　　　　　　Michael L. Martinez (N.C. State Bar No. 39885)
　　　　　　　　　　　　　　　　　　　　Grier Wright Martinez, PA
　　　　　　　　　　　　　　　　　　　　101 North Tryon Street, Suite 1240
　　　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28246
　　　　　　　　　　　　　　　　　　　　Telephone: 704/375.3720; Fax: 704/332.0215
　　　　　　　　　　　　　　　　　　　　agorman@grierlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Matthew W. Smith, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In re:

BK Racing, LLC,

Debtor.

Case Number: 18-30241

Chapter 11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Request for Hearing* was served on those parties registered to receive ECF electronic service in this case through electronic service and on the parties listed below by U.S. mail, postage prepaid, at the addresses listed and via email.

Ronald C. Devine
6320 Augusta Dr.
Suite 1500
Springfield, VA  22150
*rdevine@arfoods.com*

This, the 22nd day of May, 2019.

*/s/  Anna S. Gorman*
Anna S. Gorman
Grier Wright Martinez, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246