FILED & JUDGMENT ENTERED
Steven T. Salata

December  16  2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In re:

**BK Racing, LLC**,

                                    Debtor.

Case Number:  18-30241

Chapter 11

## ORDER GRANTING *EX PARTE* MOTION FOR ORDER
## AUTHORIZING MEDIATOR PAYMENT

This cause came before the Court on the Trustee's *ex parte* motion pursuant to Local Bankruptcy Rule 9013-1(f) for an order authorizing the Trustee to pay BEAL LLC for mediator services rendered in connection with the above-captioned bankruptcy case in the amount of $2,478.36 (the "Motion").

The Court having reviewed the Motion and the Court's file, for good cause shown, it is hereby ORDERED that the Trustee is authorized to use funds generated from the Debtor's operations and from the liquidation of assets in this case to pay BEAL LLC the sum of $2,478.36 as an expense of administering the bankruptcy estate.

**This Order has been signed
electronically.  The judge's
signature and court's seal
appear at the top of the Order.**

**United States Bankruptcy Court**