**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

In re:

**BK Racing, LLC**,

Debtor.

Case Number:  18-30241

Chapter 11

## CERTIFICATE OF SERVICE—CLASS 4

The undersigned hereby certifies that copies of the foregoing *Order Approving Disclosure Statement—On a Conditional Basis Only—and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (D.E. 367), *First Amended Disclosure Statement in Connection with Trustee's Plan of Liquidation for BK Racing, LLC* (D.E. 363), *Trustee's First Amended Plan of Liquidation for BK Racing, LLC* (D.E. 362), and corresponding Class 4 Ballot were served on holders, or potential holders, of Class 4 claims as set forth on the attached address matrix by U.S. mail, postage prepaid, at the addresses listed thereon.

This, the 18th day of December, 2019.

/s/  Michael L. Martinez
Michael L. Martinez (N.C. State Bar No. 39885)
Grier Wright Martinez, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
704/375.3720 Telephone
704/332.0215 Fax
mmartinez@grierlaw.com

*Attorneys for Matthew W. Smith, Trustee*

Precision Products Performance Center
POB 1229
Arden NC 28704

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Bluewater Partners, LLC
PO Box 7137
Statesville, NC 28687

EAN Services, LLC
14002 E 21st St, Suite 1500
Tulsa, OK 74134

James, McElroy & Diehl, PA
525 N. Tryon St., Ste. 700
Charlotte, NC 28202

Atlantic Union Bank, c/o David Schilli
101 N Tryon Street Ste 1900
Charlotte, NC 28246

Simpson Performance Products
328 FM306
New Braunfels, TX 78130

Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

NC Department of Revenue
PO Box 1168
Raleigh, NC 27602

Triad Racing Technologies, LLC
PO Box 3545
Mooresville, NC 28117

Simpson Performance Products, Inc.
330 South Main Street
Mooresville, NC 28115

Supershoe LLC
4537 Orphanage Rd
CONCORD, NC 28027

Marocha USA dba Fyshe USA
301 Michigan Ave., Apt. 201
Miami Beach, FL 33139

Race Team Alliance Inc.
13420 Reese Blvd. West
Huntersville, NC 28078

Duke Energy
PO Box 470515
Charlotte, NC 28272-0505

Ron Ingalls
210 Senior Circle
Lompoc, CA 93446

Race Engines Plus, LLC c/o Kenny Dantinne
525 N. Tryon St., Ste. 1400
Charlotte, NC 28202

Custom Car Company, Inc. c/o Kenny Dantinne
525 N. Tryon St., Ste. 1400
Charlotte, NC 28202

Steven J. Bildman
24730 Half Pone Point Road
Hollywood, MD 20636

Arrow Composites, LLC
PO Box 392
Harrisburg, NC 28075

TKR, LLC
155 Franklin Drive
Mooresville, NC 28115

McGuireWoods LLP
201 North Tryon St., Ste. 3000
Charltote, NC 28202

Signals Seals & Fasteners
P.O. Box 1135
Mooresville, NC 28115

Ronald C. Devine
6403 Burke Woods Court
Burke, VA 22015

Miami Dade Expressway Authority
P. O . BOX 22826
HIALEAH, FL 33002

NASCAR Event Management, Inc.
One Daytona Boulevard
Daytona Beach, FL 32114

Cosmo Motors Inc.
545 12th St. Dr NW
Hickory, NC 28601

Courtyard Kansas City Country Club Plaza
4600 JC Nichols Parkway
Kansas City, MO 64112

MSC Industrial Supply Co.
75 Maxess Road
Milville, NY 11747

Solving the Profit Puzzle, LLC
12555 Cross Country Ln
Reston, VA 20191

NY State Department of Taxation &
Finance
P O Box 5300
Albany, NY 12205-0300

Aegis Sciences Corporation
P. O. Box 645471
Cincinnati, OH 45264-5471

Aerodyn Wind Tunnel
135 Godspeed Lane
Mooresville, NC 28115

Airr Force Racing Products
311 N.E. 14 Avenue
Fort Lauderdale, FL 33301

Alex Equipment Inc.
380 Friendship Church Road
Taylorsville, NC 28681

Allied Sheet Metal Works, Inc
612 Charles Avenue
Charlotte, NC 28205

Apex Magnets
157 RMX Way
Petersburg, WV 26847

ASG Security
PO Box 650837
Dallas, TX 75265-0837

ATI Performance
6747 Whitestone Road
Baltimore, MD 21207-4173

Ave Motorsports Inc
4486 Providence Mill Road
Maiden, NC 28650

B&B Hose & Rubber Co Inc
4604 Bainbridge Blvd.
Chesapeake, VA 23320

B.R.E Motorsports
6901 Belt Road
Concord, NC 28027

BDO USA
8401 Greensboro Dr., Ste. 800
Mc Lean, VA 22102

Birmingham Marriott
3590 Grandview Pkwy
Birmingham, AL 35243

Bordeaux Dyno Cams
22247 Andrew Jackson Hwy E
Delco, NC 28436

BrandRPM
4910 Starcrest Dr
Monroe, NC 28110

Breaking Limits
P.O. Box 607
Trinity, NC 27370

Brisco
251 Buckeye Cove Road
Swannanoa, NC 28778

Brunnhoelzl Racing
803 Performance Road
Mooresville, NC 28115

Carolina Industrial Truck, Inc.
P.O. Box 411391
Charlotte, NC 28241

Carolina Installations
214 Prairie Drive
Lexington, NC 27292

Carolina Tape and Supply Corp.
P.O. Box 2488
Hickory, NC 28603

Cenit North America
691 Squirrel Road Suite 275
Auburn Hill, MI 48326

Chek Industries, Inc
P.O. Box 686
Mooresville, NC 28115

City Electric Supply
261 Rolling Hill Road Suite 2A
Mooresville, NC 28117

City of Charlotte
P.O. Box 1316
Charlotte, NC 28201-1316

City of Roanoke Photo Enforcement
7018 Baker Blvd.
Richland Hills, TX 76118

Coast Fabrication, Inc
16761 Burke Lane
Huntington Beach, CA 92647

Commonwealth of Massachusetts
P.O. Box 417448
Boston, MA 02241-7448

Community Insurance Associates
18516 Office Park Drive
Gaithersburg, MD 20879

| Comp Performance Group | Composite Resources, Inc | Computech Manufacturing Co., Inc. |
|---|---|---|
| 3406 Democrat Road | 485 Lakeshore Parkway | 851 Vossbrink Drive |
| Memphis, TN 38118 | Rock Hill, SC 29730 | Washington, MO 63090 |
| | | |
| ConSeaAir LLC | Dailey Engineering | Dave Jensen Enterprises South |
| 3157 Heirloom Rose Place | 42095 Zevo Drive Unit 7 | 707 Performance Road |
| Oviedo, FL 32766 | Temecula, CA 92590 | Mooresville, NC 28115 |
| | | |
| Delphi Packard | DMS South Inc. | DRISLIDE N. America |
| 5725 Delphi Drive | 535-D Pitts School Road NW | 1452 Delashmut Ave |
| Troy, MI 48098-2815 | Concord, NC 28027 | Columbus, OH 43212 |
| | | |
| Dustin Tyson | ElastoSeal Inc. | Elite Tube & Fab |
| 1601 Highway 70 East | 791 Enterprise Drive | 172 Hinkle Lane |
| New Bern, NC 28562 | Lexington, KY 40510 | Lexington, NC 27295 |
| | | |
| EME Performance Products | Emerald TC, LLC | Enviro-Master |
| 23 Crestview Road | 5400 Laurel Springs Pkwy, Bldng 900 | P.O. Box 12350 |
| Stuart, VA 24171 | Suwanee, GA 30024 | Charlotte, NC 28220 |
| | | |
| ESM Group Inc. | Essex Parts Services, Inc | FedEx Freight |
| 5970 Heaton Pass | 125 Hampton Court | P.O. Box 223125 |
| Carmel, IN 46033 | Cramerton, NC 28032 | Pittsburgh, PA 15251-2125 |
| | | |
| Four Points by Sheraton | Hampton Inn | Harraka Racing Equipment |
| 1010 Northgate Drive | 100 Lighthouse Estates Drive | 143 Village View Drive Ste 312 |
| San Rafael, CA 94903 | Milford, DE 19963 | Mooresville, NC 28117 |
| | | |
| Hartley Equipment Sales | Hellraizer Jacks Inc. | Henry Aviation, LLC |
| P.O. Box 3452 | 115 Denver Business Park Drive Suite A | 832 Aviator Drive |
| Boone, NC 28607 | Mooresville, NC 28115 | Fort Worth, TX 76179 |
| | | |
| Ideal Steel Inc. | Identity Ventures | Impact |
| 120 Halpers Drive | P.O. Box 3141 | 1531 E Northfeld Drive Suite 400 |
| Seneca, SC 29678 | Indian Trail, NC 28079 | Brownsburg, IN 46112 |
| | | |
| Infinity Video Systems | Ingersoll Rand Co | J&J Enterprises |
| 775 E Blithedale Avenue #527 | 800 D Beaty Street | 12606 Willow Grove Way |
| Mill Valley, CA 94941 | Davidson, NC 28036 | Huntersville, NC 28070 |

James C. Chesley
7207 Main Street
Clifton, VA 20124

Kenny's Components, Inc
P.O. Box 330
Troutman, NC 28166

Kentucky Trailer
7201 Logistics Drive
Louisville, KY 40258

Lake Norman Tool Repair
115 Denver Business Park Dr., Ste. A
Mooresville, NC 28115

Lincoln Electric Motorsports
22801 St. Clair Avenue
Cleveland, OH 44117

Livonia Automatic, Inc.
12650 Newburgh Road
Livonia, MI 48150

LKN Tool Repair, Inc.
115A Denver Business Park Drive
Mooresville, NC 28115

Marriott Fairfield Inn
3285 Boardwalk Drive
Ann Arbor, MI 48108

Matthews, Carter & Boyce
11320 Random Hills Rd., Ste. 600
Fairfax, VA 22030

Matzinger Performance
1101 Prospect Avenue
Westbury, NY 11590

Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063

Metro Fire Lifesafety
3110 May Street
Charlotte, NC 28217

MGM Grand Hotel and Casino, LLC
3799 Las Vegas Blvd. South
Las Vegas, NV 89109

Mooresville Sign & Design, Inc.
2425 E. Statesville Hwy
Mooresville, NC 28115

MTS Systems Corporation
P.O. Box 1450
Minneapolis, MN 55485-5871

MVPINDEX
2211 N. Lamar Street, Suite 200
Dallas, TX 75202

NC DMV
3148 Mail Service Center
Raleigh, NC 27610

LeBoeuf Law PLLC
325 N St Paul Suite 3400
Dallas, TX 75201

North Carolina Dept of Commerce
133 Island Ford Road
Statesville, NC 28625

Oakley
One Icon
Foothill Ranch, CA 92610

Performance Friction
P.O. Box 300077
Duluth, GA 30093-0300

Performance Mold Products
N116 W18515 Morse Drive
Germantown, WI 53022

Phil's Starter & Alternator
P.O. Box 190
Cherryville, NC 28021

Piedmont Forklift Handling, Inc
120 S. Oakland Avenue
Statesville, NC 28677

Pit Boss Aluminum Jacks
7929 Lincoln Avenue
Riverside, CA 92504

PLIC SBD GRAND ISLAND
P.O. Box 10372
Des Moines, IA 50306-0372

Premier Transportation and Warehousing
8916 A Pioneer Ave
Charlotte, NC 28273

PrePass
P.O. Box 52774
Phoenix, AZ 85072

Pro Cal Professional Decals
P.O. Box 603355
Charlotte, NC 28260

Pro-Fabrication, Inc
4328 Triple Crown Drive SW
Concord, NC 28027

Professional Race Services
P.O. Box 915
Thomasville, NC 27361-0915

Progressive
P.O. Box 105428
Atlanta, GA 30348-5428

PSNC Energy
P.O. Box 100256
Columbia, SC 29202-3256

Queen City Lawn & Landscaping
P.O. Box 1478
Huntersville, NC 28070-1478

Raetech Motorsports, Inc
4750 Venture Drive, Suite 100
Ann Arbor, MI 48108

Renton Coil Spring Co., Inc
425 S. 7th Street
Renton, WA 98057

Restoration Capital
42637 Bradford Telegraph Court
Chantilly, VA 20152

RJ Waste & Recovery Inc
9925 Metromont Ind. Blvd
Charlotte, NC 28269

Roehrig Engineering, Inc.
P.O. Box 856660
Minneapolis, MN 55485-6660

Rust Busters
317 Cove Creek Loop
Mooresville, NC 28117

Schiavone Electronic Labs, Inc.
21 McKinley Avenue
Blackwood, NJ 08012

Schultz Engineered Products
2530 Asbury Avenue
Neptune, NJ 07753

Snider Fleet Solutions
200 East Meadowview Road
Greensboro, NC 27406

Southeast Thermal Systems, LLC
8925 Steinbeck Court
Charlotte, NC 28216

Southern National Motorsports Park,
LLC
8071 Newsome Mill Road
Lucama, NC 27851

Speedway Children's Charities
5555 Concord Parkway South, Ste. 302
Concord, NC 28027

Speedway Fabrication, Inc
239 Hawks Prey Drive
Mooresville, NC 28115

Spire Sports + Entertainment, LLC
P.O. Box 638
Cornelius, NC 28031

SRI-Trackside Services
P.O. Box 5478
Mooresville, NC 28117

Staples Advantage
P.O. Box 405386
Atlanta, GA 30384-5386

Stitch 98
154 Talbert Pointe Road, Suite 101
Mooresville, NC 28117

Strange Oval
8300 North Austin Avenue
Morton Grove, IL 60053

Sun Trust
P.O. Box 79079
Baltimore, MD 21279-0079

Sunnen
7910 Manchester Road
Saint Louis, MO 63143

Supply Chain Services, LLC
P.O. Box 281885
Atlanta, GA 30384-1885

SWM International, Inc
P.O. Box 1794
Pampa, TX 79066

Tachyon Networks Inc
9339 Carroll Park Drive #150
San Diego, CA 92121

Terminix Service, Inc
3618 Fernandina Road
Columbia, SC 29210

Texas Motor Speedway
P.O. Box 500
Ft. Worth, TX 76101

The Bond Exchange
14045 Ballantyne Corporate Place, Ste.
525
Charlotte, NC 28277

Thermal Control Products

6324 Performance Drive

Concord, NC 28027

Thornburg Machine & Repair

121 Printhad Road

Dallas, NC 28034-8785

Tilton Engineering

25 Easy Street

Buellton, CA 93427

Timothy Rizer

5905 River Drive

Lorton, VA 22079

Travel Agents International

330 NE 42nd Street

Oakland Park, FL 33334

Travis Kvapil

132 Sagewood Drive

Mooresville, NC 28115

Tri Tec Seal, LLC

4141 West Grand Blanc Road

Swartz Creek, MI 48473

Turn One High Performance

P.O. Box 64

Frankenmuth, MI 48734

Universal Tool & Gage

254 Spring Run Drive

Mooresville, NC 28117

US Cutting and Cleaning Fluids

P.O. Box 128

Dallas, NC 28034

Watson Electric Co., Inc

P.O. Box 467

Huntersville, NC 28070

Weaver Media, LLC

810 Welch Road

Commerce Chater Twp, MI 48390

Windstream

P.O. Box 9001908

Louisville, KY 40290-1908

Windstream

P.O. Box 9001950

Louisville, KY 40290-1950

Wyatt Law, PLLC

Post Office Box 12352

Raleigh, NC 27605

Yeley Racing Corp

121 Leeward Shoals Lane

Mooresville, NC 28117-8917

Jeffrey Lemons

2619 Hopewell Church Road

Sherrills Ford, NC 28673

Matthew T. Blankenship

2026 Perth Road

Mooresville, NC 28117-8447

Jason Burgess

463 Hunton Forest Dr NW
Concord, NC 28027

Patrick Cole

149 single Oak dr

Troutman, NC 28166

Patrick Donahue

16204 Winnow Crt

Cornelius, NC 28031

LeeAnn Detrick Egolf

4830 Westgate Drive

Cumming, GA 30040

Douglas S. Fritz

9610 Rayneridge Drive

Huntersville, NC 28078-7668

Stephen Gleason

1331 Riverwood Drive

Lexington, NC 27292

Klint Green

150 Lancelot Circle

Salisbury, NC 28147

Robert Jeffrey

334 E Kearney, PMB 292

Springfield MO 65803

Mark Keeteman

260 Knoll View Dr.

Salisbury NC 28147

Pedro Martinez Jr.

2120 Bradshaw Rd

Mooresville, NC 28115

Bernis Paul Rice

5745 Spring Gate Ct.

Concord, NC 28027

Douglas Thomas Richert

126 Harwell Rd.

Mooresville, NC 28117

| | | |
|---|---|---|
| Corey Rosinsky | Douglas B. Spees | Douglas B. Spees, c/o Beth Carter |
| 134 LynnBrook St. | 3195 Lakeshore Road South | P.O. Box 1553 |
| Mooresville, NC 28117 | Denver, NC 28037 | Denver, NC 28037 |
| | | |
| Toby Whealdon | Michael Wright, c/o Beth Carter | |
| 8602 Forest Shawdow Circle | P.O. Box 1553 | |
| Cornelius, NC 28031 | Denver, NC 28037 | |