



J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In re:

BK Racing, LLC,

Debtor.

Case Number: 18-30241

Chapter 11

## ORDER ON *EX PARTE* MOTION FOR ORDER SHORTENING NOTICE

This cause came before the Court on the Trustee's *ex parte* motion (the "Motion") pursuant to FED. R. BANKR. P. 9006 and Local Bankruptcy Rules 9006-1(a) and 9013-1(f), for an order shortening notice on the *Request to Designate Ronald C. Devine under § 1126(e)* (Doc. No. 392) filed on January 22, 2020.

The Court having reviewed the Motion and record in this case, has determined that the Motion is supported by good cause and should be allowed.

IT IS, THEREFORE, ORDERED that the notice period is reduced such that the Court will hear the *Request to Designate Ronald C. Devine under § 1126(e)* on January 28, 2020 at 9:30 A.M in Bankruptcy Courtroom 1-4 in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**